<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA-SFV DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Glostation USA, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Sandbox VR<br>DBA  Sandbox |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 37-1875688 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>4695 Chabot Drive<br>Suite 200<br>Pleasanton, CA 94588<br>Number, Street, City, State & ZIP Code<br><br>Alameda County<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | sandboxvr.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Glostation USA, Inc.
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4539

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    See Attached Rider 1    Relationship _____

District    C.D. Cal., SFV Division    When _____    Case number, if known _____

Debtor      Glostation USA, Inc.
_____                    Case number (if known) _____
           Name

**11.  Why is the case filed in**  *Check all that apply:*
     ***this district?***

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ☑ No
     **have possession of any**
     **real property or personal**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard? _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other _____

                                   **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.   Insurance agency _____

                                            Contact name _____

                                            Phone _____

---

 ▌    **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
     **available funds**
                                   ☑ Funds will be available for distribution to unsecured creditors.

                                   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
     **creditors\***          ☑ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                              ☐ 200-999

**15.  Estimated Assets\***    ☐ $0 - $50,000                ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities\***  ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000          ☑ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

\*Information on  consolidated basis with affiliated debtors.
See Rider 1.

Debtor    Glostation USA, Inc.                                                                          Case number (*if known*)
        Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 30, 2020
              MM / DD / YYYY

X _Steven Zhao_                                         Steven Zhao
   Signature of authorized representative of debtor     Printed name

Title    President and CEO

**18. Signature of attorney**

X _David Kupetz_                                        Date    July 31, 2020
   Signature of attorney for debtor                             MM / DD / YYYY

David S. Kupetz
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name

333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1406
Number, Street, City, State & ZIP Code

Contact phone    213.626.2311        Email address    dkupetz@sulmeyerlaw.com

125062 CA
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Central District of California  - San Fernando Valley Division

Case number (if
known):    _____    Chapter 11

☐ Check if this is an
amended filing

## Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Central District of California for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Glostation USA, Inc.

- Glostation USA, Inc.
- Glostation Core USA, Inc.
- Sandbox VR Austin, LLC
- Sandbox VR Cerritos, LLC
- Sandbox VR Colony, LLC
- Sandbox VR Mission Valley, LLC
- Sandbox VR Oakbrook, LLC
- Sandbox VR Pop-up, LLC
- Sandbox VR Ridge Hill, LLC
- Sandbox VR San Mateo, LLC
- Sandbox VR Topanga, LLC

# United States Bankruptcy Court
## Central District of California-SFV Division

In re    Glostation USA, Inc.                                    Case No. _____

                                            Debtor(s)                  Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Sandbox VR, Inc.<br>4695 Chabot Drive<br>Suite 200<br>Pleasanton, CA 94588 | | | 100% equity interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July30, 2020                  Signature    _Steven Zhao_

                                                             Steven Zhao

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## <u>CERTIFICATE OF RESOLUTIONS</u>

The undersigned, the members of the Board of Directors of Glostation USA, Inc., a Delaware corporation (the "<u>Company</u>"), do hereby certify that the following resolutions were adopted by the Company, and that they have not been modified or rescinded and are still in full force and effect:

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the director of the Company, it is desirable and in the best interests of the Company, its interest holders, and other interested parties, that a voluntary petition be filed by and for the Company, in the United States Bankruptcy Court for the Central District of California, seeking relief under the provisions of Chapter 11 of title 11 of the United States Code; and it is further

**RESOLVED**, that the Chief Executive Officer of the Company Steven Zhao be, and hereby is, authorized and directed, on behalf of and in the name of the Company, to execute and verify such a petition and to cause the same to be filed with the United States Bankruptcy Court at such time as the Chief Executive Officer executing that petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Chief Executive Officer be, and hereby is, authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and in that connection, to employ and retain all assistance by legal counsel, financial consultants, accountants, or other professionals, and to take any and all action which the Chief Executive Officer deems necessary and proper in the Chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized, as it deems necessary, (i) to conduct, manage, and supervise a reorganization of the Company, (ii) to borrow funds in such amounts, from such lenders and on such terms as may be approved by the Chief Executive Officer as reasonably necessary for the continuing conduct of the affairs of the Company, and/or (iii) to grant security interests in and liens upon the Company's assets as may be deemed reasonably necessary by the Chief Executive Officer in connection with such borrowings; and it is further

**RESOLVED**, that the Chief Executive Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, agreements, instruments, and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution; and it is further

**RESOLVED**, that the Company may and shall retain the firm of **Sulmeyer**Kupetz, A Professional Corporation, as bankruptcy counsel to the Company, in connection with the aforesaid bankruptcy case and for all other relevant purposes. The Chief Executive Officer is authorized to sign an engagement letter employing **Sulmeyer**Kupetz, A Professional Corporation, as counsel to the Company, and deliver to

**Sulmeyer**Kupetz, A Professional Corporation, the retainer required by said engagement letter, and to execute any other documents necessary for the retention and employment of **Sulmeyer**Kupetz, A Professional Corporation, and the approval of such employment in the bankruptcy case; and it is further

**RESOLVED**, that the Chief Executive Officer of the Company is authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his judgment as shall be necessary or desirable in order fully to carry out the intent and accomplish the purpose of the resolutions adopted herein.

**IN WITNESS WHEREOF**, I have hereunto set my hand this _30_ day of July, 2020.

Glostation USA, Inc.

By: _____
     Steven Zhao

**Being All of the Directors of the Company**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    See  Rider 1

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    See Rider 1

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Hong Kong_____ , China.

Date: _____July30, 2020_____

Steven Zhao
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**

Debtor name  **Glostation USA, Inc.**

United States Bankruptcy Court for the **Central District Of California – San Fernando Valley Division**

Case number (if known):

Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

A consolidated list of creditors holding the largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the largest unsecured claims.

| Name of a creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flynn Construction 600 Penn Avenue Pittsburgh, PA 15221 | Ph: 412 243-7925 info@flynn-construction.com | Store Construction | | | | $391,171.50 |
| Lakeview Construction, Inc. 10505 Corporate Dr., Suite 200 Pleasant Prairie, WI 53158 | Steve Ph: 262 857-3336 steve@lvconstruction.com | Store construction | | | | $156,821.33 |
| Menemsha Development Group 4950 W 154th Street Hawthorne, CA 90250 | John Novak Ph: 310 678-2346 jnovak@menemshasolutions.com | Store Construction and 3D Scanning | | | | $155,378.14 |
| Action RSC, LLC 4320 Action Dr. Mesquite, TX 95150 | Steve Vastine Ph: 214-649-5734 Steve@actionrcs.com | Construction | | | | $137,945.42 |
| CB-1 Commercial Co., LLC c/o Millenium Partners 1995 Broadway, 3rd Fl. New York, NY 10023 | Jeff Jeffries Ph: 212 595-1600 jjeffries@milleniumptrs.com | SF Rent | | | | $120,000.00 |
| CDW Direct LLC PO Box 75723 Chicago, IL 60675-5723 | anthcap@cdw.com Ph: 480 270-7347 | Equipment | | | | $111,591.86 |

| Debtor | **Glostation USA, Inc.** | | | Case Number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Macerich Cerritos, LLC c/o Macerich P.O. Box 2172 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Hayley Rable Ph: 310 394-6000 Hayley.Rable@macerich.com | Cerritos Rent | | | | $90,971.13 |
| HSC Holdings, LLC c/o Bohannon Development Company Sixty 31st Avenue San Mateo, CA 94403 | Larry Ivich Ph: 650 345-8222 larry.ivich@hillsdale.com | San Mateo Rent | | | | $88,125.66 |
| DK Mullin 517 S. Main St. Moscow, ID 83843 | Daniel Ph: 208 892-8433 daniel@dkmullin.com | Signage for stores | | | | $82,748.75 |
| Oakbrook Shopping Center, LLC c/o Oakbrook Center 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | Laure Phillips Ph: 312 960-5532 Laura.Phillips@brookfieldpro | Oakbrook Rent | | | | $79,554.42 |
| Shremshock Architects 7400 West Campus Road, Suite 150 New Albany, OH 43054 | info@shemshock.com Ph: 614 545-4550 | Store construction / architects | | | | $74,400.86 |
| Mission Valley Shoppingtown, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067 | Chrisy Kor Ph: 310 689-2573 christy.kord@urw.com | Mission Valley Rent | | | | $62,371.62 |

| Debtor | **Glostation USA, Inc.** | | | | Case Number (if known) | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Identiti 425 N. Martigale, 18th floor Schaumburg, IL 60173 | G. Gonzales Ph: 847 301-0519 ggonzales@identiti.net | Signage for stores | | | | $50,146.53 |
| West Valley Owner, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067 | Christy Kord Ph: 310 689-2573 christy.kord@urw.com | Rent | | | | $49,505.08 |
| First Call Resolution LLC 406 NE Winchester St. Roseburg, OR 97470 | Priscilla Brown Ph: 541 971-6353 Priscilla.brown@gofcr.com accounting@firstcallres.com | USA Call center for customer calls | | | | $44,972.78 |
| Tactical Haptics Inc. 2819 Whipple Rd. Union City, CA 94587 | info@TacticalHaptics.com Ph: 510 516-1494 | Sabre grip equipment | | | | $30,016.00 |
| Terry Adams, Inc. 11 S. Mulberry, Ste 100 Elizabethtown, KY 42701 | Scott Owens Ph: 270 769-0859 Sowens@terryadamsinc.com | | | | | $28,385.60 |
| Global Facility Management & Construction 525 Broadhollow Road Suite 100 Melville, NY 11747 | Joseph Autero Ph: 631 617-6500 Joseph.Autero@gfm247.com | | | | | $26,990.58 |
| Snyder & Snyder, LLP 94 White Plains Road, Tarrytown, NY 10591 | ChrisAnn Vogt Ph: 914 333-0700 CVogt@snyderlaw.net | Zoning attorney | | | | $20,255.10 |

| Debtor | **Glostation USA, Inc.** | | | Case Number (if known) | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TJ Hale Company, LLC W139 N9499 Highway 145 Menomonee Falls, WI 53051-1618 | Ph: 262 255-5555 info@tjhale.com | Construction | | | | $19,852.66 |
| EleveneX, LLC 1770 Post St, 312 San Francisco, CA 94115 | Ph: 415 283-5840 | HR consulting | | | | $19,000.00 |
| Stublisher Inc. (dotdotdash) 1526 SE Elliott Ave Portland, OR 97214 | Kyle Ph: 503 505 3232 kyle@dotdotdash.io | Design consulting | | | | $18,087.50 |
| National Energy & Light Inc 14 Celina Ave., Ste 0 Nashua, NH 03063 US | ap@nelcompany.com Ph: 603 402 2143 | Construction | | | | $17,485.45 |
| 00 Agency 88 Easy Bay State Street Unit 1k Alhambra, CA 91801 | Christine Hsu Ph: 626 227 5858 christine@the00agency.com | Marketing | | | | $16,709.67 |
| Bergmeyer Associates, Inc. 51 Sleeper Street, Boston, Ma 02210 | Melissa Salter Ph: 617 542-1025 msalter@bergmeyer.com | Construction | | | | $12,315.27 |
| Linkedin 62228 Collections Center Drive Chicago, IL 60693-0622 | Kristy East Ph: 650 687-3600 keast@linkedin.com | HR recruiting | | | | $10,887.49 |
| Permit Advisors 8370 Wilshire Blvd, Suite 330 Beverly Hills, CA 90211 | Christian Nicolas Ph: 310 275-7774 christian@permitadvisors.com | Construction Permits | | | | $10,639.27 |

| Debtor | **Glostation USA, Inc.** | | | Case Number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Granite Telecommunications 100 Newport Ave Ext. Quincy, MA 02171 | Pat Green Ph: 866 847-5500 PGreen@granitenet.com | Utilities – phone and internet | | | | $7,694.57 |
| Placer Labs 340 S. Lemon Ave #1277 Walnut, CA 91789 | Ph: 415 549-6537 invoice@hq.bill.com | Data analysis consultants | | | | $7,500.00 |
| Glassdoor 100 Shoreline Highway Mill Valley, CA 94941 | Ph: 415 944-6967 | Company profile | | | | $5,856.25 |

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>David S. Kupetz (CA Bar No. 125062)<br>  *dkupetz@sulmeyerlaw.*com<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>213.626.2311 Fax: 213.629.4520 | FOR COURT USE ONLY |
| ☑ *Proposed Attorney for: Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>        Glostation USA, Inc.<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Steven Zhao                                          , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:  Sandbox VR, Inc.

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

July 30 , 2020
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Steven Zhao
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              F 1007-4.CORP.OWNERSHIP.STMT

**Fill in this information to identify the case:**

Debtor name    Glostation USA, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-SFV DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 30, 2020     x _____
                                    Signature of individual signing on behalf of debtor

                                     Steven Zhao
                                     Printed name

                                     President and CEO
                                     Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
David S. Kupetz (CA Bar No. 125062)
 dkupetz@sulmeyerlaw.com
**Sulmeyer**Kupetz
A California Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-1406
213.626.2311 Fax: 213.629.4520

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Proposed Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-SFV DIVISION

In re:

       Glostation USA, Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  7  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 30, 2020 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

United States Trustee-Los Angeles
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Glostation USA, Inc.
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Glostation Core USA, Inc.
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Glostation Franchising USA, Inc.
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Austin, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Cerritos, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Colony, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Mission Valley, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Oakbrook, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Pop-Up, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Ridge Hill, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR San Mateo, LLC
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Sandbox VR Topanga, LLC
4695 Chabot Road, Suite 200

Pleasanton, CA 94588

Sandbox VR, Inc.
4695 Chabot Road, Suite 200
Pleasanton, CA 94588

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Action Retail Construction Services
4320 Action Drive
Mesquite, TX 75150

00Agency
88 East Bay State Street Unit 1K
Alhambra, CA 91801

AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114

Atel Growth Capital
600 Montgomery St., 9th Floor
San Francisco, CA 94111

Atrium LLP
260 Townsend St., Suite 400
San Francisco, CA 94107

Bergmeyer Associates, Inc.
51 Sleeper Street
Boston, MA 02210

Boston Barricade Company, Inc.
1151 19th Street
Vero Beach, FL 32960

CB-1 Commercial Co. LLC
c/o Millennium Partners
1995 Broadway, 3rd Floor
New York, NY 10023

CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723

City of Austin
Utility Customer Service
PO Box 2267
Austin, TX 78783-2267

ComEd
ComEd Customer Care Center
PO Box 6111
Carol Stream, IL 60197-6111

Cox
PO Box 53214
Phoenix, AZ 85072-3214

DK Mullin
517 S. Main St.
Moscow, ID 83843

Domain Northside Property
Owner LP
575 5th Avenue, 23rd Floor
New York, NY 10017

Dynamite Digital
445 Hampshire Street, Suite A
San Francisco, CA 94110

EleveneX, LLC
1770 Post Street, 312
San Francisco, CA 94115

First Call Resolution LLC
406 NE Winchester Street
Roseburg, OR 97470

FedEx
3875 Airways, Module H3
Department 4634
Memphis, TN 38116

Flynn Construction
600 Penn Avenue
Pittsburgh, PA 15221

Forrest Walker
1201 Broadmoor Drive #140
Austin, TX 78723

Gender Bridge
301-428 rue Saint-Pierre
Montréal QC H2Y 2M5

Glassdoor
100 Shoreline Highway
Mill Valley, CA 94941

Global Facility Management &
Construction
525 Broadhollow Road, Suite 100
Melville, NY 11747

Granite Telecommunications
100 Newport Ave Ext.
Quincy, MA 02171

Halo Branded Solutions
3182 Momentun Place
Chicago, IL 60689-5331

HireSafe Employment
2228 Longport Ct., suite 130
Elk Grove, CA 95758

HSC Holdings, LLC
c/o Bohannon Development Company
Sixty 31st Avenue
San Mateo, CA 94403-3404

Identiti
425 N. Martigale, 18th Floor
Schaumburg, IL 60173

Independent Floor Testing &
Inspection, Inc. IFTI
1390 Willow Pass Rd., Suite 1010
Concord, CA 94520

Johnson Controls Fire Protection LP
District #417 6952 Preston Ave., Ste. A
Livermore, CA 94551-9545

Johnson Controls Security Solutions
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Keter Environmental Services, Inc.
PO Box 417468
Boston, MA 02241-7468

Lakeview Construction, Inc.
10505 Corporate Drive, Suite 200
Pleasant Prairie, WI 53158

Lanard And Associates P.C.
600 W. Germantown Pike Ste 400
Plymouth Meeting, PA 19462

Liner's Security & Patrol
8696 Elk Grove Blvd., #3
Elk Grove, CA 95624

Linkedin

62228 Collections Center Drive
Chicago, IL 60693-0622

LMG Ventures, LLC
700 S. 72nd Street
Attn: Ryan Blumkin
Omaha, NE 68114

Macerich Cerritos, LLC
239 Los Cerritos Center
Management Office
Cerritos, CA 90703

Menemsha Development Group
20521 Earl Street
Torrance, CA 90503

Mission Valley Shoppingtown LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

National Air & Energy
2053 Kurtz Street
San Diego, CA 92110

National Energy & Light Inc.
14 Celina Avenue, Suite 9
Nashua, NH 03063

Oakbrook Shopping Center, LLC
c/o Oakbrook Center
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Permit Advisors
8370 Wilshire Blvd., Suite 330
Beverly Hills, CA 90211

Placer Labs
340 S. Lemon Ave., #1277
Walnut, CA 91789

Pleasanton Business Solutions, Inc.
4695 Chabot Drive, Suite 200
Pleasanton, CA 94588

Public Storage
P.O. Box 25050
Glendale, CA 91221-5050

San Diego Gas & Electric
711D 1801 S. Atlantic Blvd
Monterey Park, CA 91754

Shremshock Architects
7400 West Campus Road, Ste 150

New Albany, OH 43054

Silicon Valley Bank
505 Howard Street, 3rd Floor
San Francisco, CA 94105

Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591

Sonic
2260 Apollo Way
Santa Rosa, CA 95407

Square, Inc.
110 5th Street
San Francisco, CA 94103

State Permits
319 Elaines Court
Dodgeville, WI 53533

Staples

Stripe, Inc.
510 Townsend St.
San Francisco, CA 94103

Stublisher Inc. dotdotdash
4784 SE 17th Avenue, Suite 143
Portland, OR 97202

Tactical Haptics, Inc.
2819 Whipple Road
Union City, CA 94587

Terry Adams, Inc.
11 S. Mulberry, Suite 100
Elizabethtown, KY 42701

TJ Hale Company
W139 N9499 Highway 145
Menomonee Falls, WI 53051-1618

Triplepoint Capital LLC
2755 Sand Hill Rd., Suite 150
Menlo Park, CA 94025

UPS Parcel Delivery Svc Ltd_USD
UPS eFulfillment California
Distribution Center
16270 Jurupa Ave., Suite 200
Fontana, CA 92337

Vicon Motion System Ltd.
3750 S. Robertson Blvd., #100

Culver City, CA 90232

Westfield
2029 Century Park East, 41st Floor
Los Angeles, CA 90067

West Valley Owner, LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

Window Film Depot
PO Box 744098
Atlanta, GA 30374

Yonkers Associates, LLC
600 Superior Avenue East, Suite 1500
Cleveland, OH 44114