David S. Kupetz (CA Bar No. 125062)
 *dkupetz@sulmeyerlaw.com*
Steven F. Werth (CA Bar No. 205434)
 *swerth@sulmeyerlaw.com*
Claire K. Wu (CA Bar No. 295966)
 *ckwu@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629-4520

Attorneys for Glostation USA, Inc. and related
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>Glostation USA, Inc., a Delaware corporation,<br><br>Debtor.<br><br>Federal Tax I.D. No.<br>37-1875688 | Case No.  1:20-bk-11435-MB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON THE FOLLOWING EMERGENCY MOTIONS:**<br><br>**(1)  EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES;**<br><br>**(2)  DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT AND/OR HONORING OF PRE-PETITION EMPLOYEE COMPENSATION, BENEFITS, REIMBURSEMENTS, WITHHOLDING TAXES, ACCRUED VACATION, AND RELATED EMPLOYEE CLAIMS;**<br><br>**(3)  DEBTORS' EMERGENCY MOTION FOR ORDER: (1) DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE; (2) ESTABLISHING PROCEDURES FOR REQUESTS FOR ADDITIONAL ASSURANCE; (3) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR** |

SFW 2704552v2

| | |
|---|---|
| 1 | REFUSING SERVICE; AND (4) PROVIDING FOR RELATED RELIEF" FILED IN THE BANKRUPTCY CASE OF GLOSTATION USA, INC.; |
| 2 | |
| 3 | |
| 4 | (4)  EMERGENCY MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ORDER AUTHORIZING DEBTORS TO MAINTAIN BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM; |
| 5 | |
| 6 | |
| 7 | |
| 8 | (5)  DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING AGREEMENT AMONG DEBTORS, SILICON VALLEY BANK, AND TRIPLEPOINT CAPITAL LLC FOR USE OF CASH COLLATERAL AND RELATED RELIEF, INCLUDING INTERIM AUTHORIZATION AND SETTING FINAL HEARING ON MOTION; |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | (6) DEBTORS' EMERGENCY MOTION FOR ORDER DIRECTING CREDIT CARD PROCESSORS TO HONOR AGREEMENTS WITH DEBTORS PENDING ASSUMPTION OR REJECTION; |
| 15 | |
| 16 | |
| 17 | |
| 18 | (7)  DEBTORS' EMERGENCY MOTION FOR ORDER (1) LIMITING EXTENT OF NOTICE REQUIRED FOR ADMINISTRATIVE MATTERS; AND (2) AUTHORIZING SERVICE BY ELECTRONIC MAIL; |
| 19 | |
| 20 | |
| 21 | |
| 22 | (8)  DEBTORS' EMERGENCY MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS AND RELATED PAPERS BY FOURTEEN (14) DAYS; AND |
| 23 | |
| 24 | |
| 25 | (9) DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTORS TO FILE CONSOLIDATED LIST OF CREDITORS AND CONSOLIDATED LIST OF DEBTORS' THIRTY CREDITORS HOLDING LARGEST UNSECURED CLAIMS |
| 26 | |
| 27 | |
| 28 | |

**SulmeyerKupetz**, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SFW 2704552v2                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Hearing</u>:
Date:   August 18, 2020
Time:   9:00 a.m.
Place:  Courtroom 303
        21041 Burbank Blvd.
        Woodland Hills, CA 91367

**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**TO THE HONORABLE MARTIN R. BARASH , UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

  **PLEASE TAKE NOTICE** that that on **August 18, 2020, at 9:00 a.m. Pacific Time**, or as soon thereafter as the matter may be heard, the above-captioned court will conduct a hearing ("Hearing") in Courtroom "303" of the above-entitled court located at 21041 Burbank Blvd., Woodland Hills, CA 91367, on the following motions filed by Glostation USA, Inc., the above-captioned debtor and debtor-in-possession ("Debtor"):

  1. "Emergency Motion For Order Directing Joint Administration Of Related Cases" [Docket No. 2]

  2. "Debtors' Emergency Motion For Order Authorizing Payment And/Or Honoring Of Pre-Petition Employee Compensation, Benefits, Reimbursements, Withholding Taxes, Accrued Vacation, And Related Employee Claims; Memorandum Of Points And Authorities In Support Thereof" [Docket No. 10]

  3. "Debtors' Emergency Motion For Order: (1) Deeming Utility Companies Adequately Assured Of Future Performance; (2) Establishing Procedures For Requests For Additional Assurance; (3) Restraining Utility Companies From Discontinuing, Altering, Or Refusing Service; And (4) Providing For Related Relief" [Docket No. 3].

  4. "Emergency Motion Of Debtors And Debtors In Possession For Order Authorizing Debtors To Maintain Bank Accounts And Cash Management System; Memorandum Of Points And Authorities In Support Thereof" [Docket No. 4] .

  5. "Debtors' Emergency Motion For Interim And Final Orders Approving Agreement Among Debtors, Silicon Valley Bank, And TriplePoint Capital LLC For Use Of Cash Collateral And Related Relief, Including Interim Authorization And Setting Final Hearing On Motion" [Docket No. 5].

  6. "Debtors' Emergency Motion For Order Directing Credit Card Processors To Honor Agreements With Debtors Pending Assumption Or Rejection; Memorandum Of Points And Authorities In Support Thereof" [Docket No. 8] .

7.  "Debtors' Emergency Motion For Order (1) Limiting Extent Of Notice Required For Administrative Matters; And (2) Authorizing Service By Electronic Mail; Memorandum Of Points And Authorities In Support Thereof"  [Docket No. 6]

8.  "Debtors' Emergency Motion For Order Extending Time To File Schedules, Statements And Related Papers By Fourteen (14) Days"  [Docket No. 7].

9.  "Debtors' Emergency Motion For Order Authorizing Debtors To File Consolidated List Of Creditors And Consolidated List Of Debtors' Thirty Creditors Holding Largest Unsecured Claims [Docket No. 9].

The above-identified motions are collectively referred to as the "First Day Motions".

**PLEASE TAKE FURTHER NOTICE THAT due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**. Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided below.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.  Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.  Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.  Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.  The audio portion of the hearing will be recorded electronically by the Court and constitute its official record. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

SFW 2704552v2                           4

**PLEASE TAKE FURTHER NOTICE THAT** the following is the unique ZoomGov connection information for the above-referenced hearing on the Emergency Motions.

**Meeting URL:  https://cacb.zoomgov.com/j/1613809231**

**ZoomGov meeting number:  161 380 9231**

**Password:  256509**

**One tap mobile**

**+16692545252,,1613809231#,,1#,256509# US (San Jose)**
**+16468287666,,1613809231#,,1#,256509# US (New York)**

**Dial by your location**

  **1 (669) 254-5252 US (San Jose)**

  **1 (646) 828 7666 (New York)**

**Meeting ID:  161 380 9231**

**Password:  256509**

**Find your local number:  https://cacb.zoomgov.com/u/asOL4LFoJ**

**For Interination Dial-In Numbers:**

**https://cacb.zoomgov.com/u/anZXfdnk5**

**Join by SIP**

**1613809231@sip.zoomgov.com**

**Join by H.323**

**161.199.138.10 (US West)**

**161.199.136.10 (US East)**

**Meeting ID: 161 380 9231**

SFW 2704552v2            5

SulmeyerKupetz, A Professional Corporation
333 South Grand Avenue, Suite 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Password: 256509**

**Join by Skype for Business**

**https://cacb.zoomgov.com/skype/1613809231**

**PLEASE TAKE FURTHER NOTICE THAT** oppositions to the First Day Motions may be made at the hearing on the First Day Motions.

**PLEASE TAKE FURTHER NOTICE THAT** the First Day Motions are based on this notice, the First Day Motions, the declarations and exhibits in support of the First Day Motions, the documents and pleadings on file herein, all judicially noticeable facts, the arguments and representations of counsel, and such other evidence as may be presented prior to or at the August 18, 2020, hearing.

**PLEASE TAKE FURTHER NOTICE THAT** the First Day Motions have been filed with the Clerk of the United States Bankruptcy Court and may be viewed at the Clerk's office located at the United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, California, 91367 and/or through the Court's Case Management/Electronic Case Files System. A copy of the First Day Motions may also be obtained by contacting Steven F. Werth, Esq., at *swerth@sulmeyerlaw.com*, or at the address and telephone number indicated in the upper left corner of the first page of this Notice.

Dated: August 14, 2020    **Sulmeyer**Kupetz
A Professional Corporation


By:  */s/ David S. Kupetz*
David S. Kupetz
Steven F. Werth
Claire K. Wu
Attorneys for Glostation USA, Inc.

SFW 2704552v2    6