UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Glostation USA, Inc. | | |
| | Case Number: | 1:20-bk-11435-MB |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 31-Oct-20 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      $      428,235.30

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL      $      323,171.89
ACCOUNT REPORTS

3. BEGINNING BALANCE:      $      105,063.41

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales

| Other (Specify) | Book Transfer Credit From Account Ending  9840 | $ | 50,000.00 |
| Other (Specify) | Book Transfer Credit From Account Ending 2977 | $ | 90,000.000 |
| Other (Specify) | Guideline test transactions | $ | 1.56 |
| Other (Specify) | | | |
| Other (Specify) | | | |
| **Other (Specify) | | | |

TOTAL RECEIPTS THIS PERIOD:      $      140,001.56

5. BALANCE:      $      245,064.97

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)      $      65,000.00
   Disbursements (from page 2)      $      126,050.36

TOTAL DISBURSEMENTS THIS PERIOD:***      $      191,050.36

7. ENDING BALANCE:      $      54,014.61

8. General Account Number(s):      xxxxxx5632

   Depository Name & Location:      Silicon Valley Bank
   3003 Tasman Drive
   Santa Clara, CA 95054

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/1/2020 | 12087 | | Wire Out 201001L1B77D1C00212820202 7509384;BNF SulmeyerKupetz Truste Account; Glostation | | 18,667.00 | 18,667.00 |
| 10/6/2020 | 9079521 | | Book Transfer Debit to Account Ending 7546 | 50,000.00 | | 50,000.00 |
| 10/6/2020 | 9079522 | | Book Transfer Debit to Account Ending 7778 | 10,000.00 | | 10,000.00 |
| 10/6/2020 | 9080291 | | Book Transfer Debit to Account Ending 5670 | 5,000.00 | | 5,000.00 |
| 10/8/2020 | 4859 | | Wire Out 201008L1B77D1C00072920202 8203411;BNF SulmeyerKupetz Trust Account;OBI Glostation | | 18,667.00 | 18,667.00 |
| 10/13/2020 | 127 | | Rippling Gsuite_RES 0MEGKKV3W49PK80 Glostation USA, Inc. | | 1,116.00 | 1,116.00 |
| 10/13/2020 | 147 | | Rippling Bill PEBRJVXKXOKJVBD Glostation USA, INC | | 1,147.20 | 1,147.20 |
| 10/14/2020 | 92745 | | Kaiser Group Due Telephone 043000099632796 1400310000033694290846 | | 881.46 | 881.46 |
| 10/15/2020 | 10965 | | WIRE OUT 201015L1B77D1C00158720202 8907775;BNF SULMEYERKUPETZ TRUST ACCOUNT;OBI GLOSTATION | | 18,667.00 | 18,667.00 |
| 10/16/2020 | 47422 | | SSBTRUSTOPS P/R Contr Glostation USA Inc | | 1,030.78 | 1,030.78 |
| 10/19/2020 | 54629 | | Quarterly Fee Payment 0000 Glostation USA INC. | | 650.00 | 650.00 |
| 10/19/2020 | 54628 | | Quarterly Fee Payment 0000 Glostation USA INC. | | 5,525.00 | 5,525.00 |
| 10/20/2020 | 30631 | | SSBTRUSTOPS P/R Contr GLOSTATION USA I | | 1,233.86 | 1,233.86 |
| 10/21/2020 | 29623 | | Guideline Retire AMTS:95,61 ST-B2K5Y3S3V0S2 Glostation USA INC | | 1.56 | 1.56 |
| 10/21/2020 | 1769 | | Cloudinary INC. Busbillpay Tran#5 Sandbox VR, Inc. | | 1,500.00 | 1,500.00 |
| 10/21/2020 | 1770 | | Cloudinary INC. Busbillpay Tran#6 Sandbox VR, Inc. | | 1,500.00 | 1,500.00 |
| 10/22/2020 | 5369 | | Wire Out 201022L1B77D1C00073320202 9603669;BNF SulmeyerKupetz Trust Account;OBI Glostation | | 18,667.00 | 18,667.00 |
| 10/26/2020 | 8013 | | Blue Sheild CA BlueShield W01001791000 Glostation USA INC | | 18,129.50 | 18,129.50 |
| 10/30/2020 | 15763 | | Wire Out 201030L1B77D1C00225120203 0411209;BNF SulmeyerKupetz Trust Account;OBI Glostation | | 18,667.00 | 18,667.00 |

| | | | | | 0.00 |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 65,000.00 | 126,050.36 | $191,050.36 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | Bank statement Date: | 10/31/2020 | Balance on Statement: | $54,014.61 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                                      0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                   $54,014.61

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                                    100,000.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                                          25,404.48
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                        74,595.52

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                                                  74,595.52

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                                       69,951.21

7.  ENDING BALANCE:                                                                            4,644.31

8.  PAYROLL Account Number(s):          xxxxxx5647
                                        Silicon Valley Bank
    Depository Name & Location:         3003 Tasman Drive
                                        Santa Clara, CA 95054

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/5/2020 | 58285 | | APIntego ACHTRANS 67501652 Glostation USA, Inc | 258.46 |
| 10/14/2020 | 108 | | Rippling Qeadjustme 6LM2ZBMVAE50ZX7 Sandbox VR INC | 112.35 |
| 10/14/2020 | 65 | | Rippling TAX Withdrawal KNX99R2EBE6WNG0 Sandbox VR INC | 9,152.30 |
| 10/14/2020 | 144 | | Rippling Payroll ORZLAMQAMXDK9AO Sandbox VR INC | 22,661.31 |
| 10/19/2020 | 67000 | | APIntego ACHTRANS 68079558 Glostation USA, Inc | 295.77 |
| 10/28/2020 | 502 | | Rippling Tax Withdrawal APJVG8LQMP3N8MP Sandbox VR INC | 9,785.44 |
| 10/28/2020 | 443 | | Rippling Payroll 4OWOB739ZVBXVY4 Sandbox VR INC | 23,703.09 |
| 10/30/2020 | 38 | | Rippling Tax Withdrawal 3VYQWRP57LO9A8Q Sandbox | 331.07 |
| 10/30/2020 | 25 | | Rippling Tax Withdrawal VR0XG1NJKMJXYNW Sandbox VR INC | 691.13 |
| 10/30/2020 | 39 | | Rippling Payroll BQ7DQOPLZJV4JXV Sandbox VR INC | 1,253.64 |
| 10/30/2020 | 45 | | Rippling Payroll 16EAG3OOPWKNLQB Sandbox VR INC | 1,706.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 69,951.21 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____10/31/2020_____   Balance on Statement: _____$4,644.31

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                        | 0.00 |

Bank statement Adjustments:                                                      _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                                           | $4,644.31 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 3. BEGINNING BALANCE: | 0 |
| 4. RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | |
| 5. BALANCE: | 0.00 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. ENDING BALANCE: | 0.00 |

8. TAX Account Number(s):        xxxxxx5651

                                 Silicon Valley Bank

Depository Name & Location:      3003 Tasman Drive

                                 Santa Clara, CA 95054

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____10/31/2020_____    Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

[                                                                    ]

ADJUSTED BANK BALANCE:                                        | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

(J) SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 54,014.61 |
| Payroll Account: | 4,644.31 |
| Tax Account: | 0.00 |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: 58,658.92

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS: 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 647.50 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 647.50 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Alive Risk | 2000000.00 | 5/25/2021 | **10/31/2020 |
| Worker's Compensation | AmTrust | 1000000.00 | 5/1/2021 | ***pay as you go |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2020 | ****15,175.82 | 650.00 | 19-Oct-2020 | 650.00 | 0.00 |
| 30-Sep-2020 | *****332686.75 | 5,525.00 | 19-Oct-2020 | 5,525.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,175.00 |  | 6,175.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

**premium paid monthly from Core or USA account

***paid every payroll pay period

****quarterly fee for Sandbox VR Mission Valley, LLC for 3rd quarter 2020

*****quarterly fees for :

| Debtor | Quarter Total | Fee |
|---|---|---|
| Glostation USA | $205,311.48 | $1,625.00 |
| Glostation Core | $0.00 | $325.00 |
| Sandbox Austin | $0.00 | $325.00 |
| Sandbox Cerritos | $0.00 | $325.00 |
| Sandbox Colony | $0.00 | $325.00 |
| Sandbox Pop-Up | $21,150.99 | $650.00 |
| Sandbox Oakbrook | $103,319.06 | $975.00 |
| Sandbox Ridge Hill | $0.00 | $325.00 |
| Sandbox San Mateo | $2,425.21 | $325.00 |
| Sandbox Topanga | $480.01 | $325.00 |

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month 31-Oct-20 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | 57,934.38 | 57,934.38 |
| Payroll Taxes | 22,850.18 | 22,850.18 |
| Tax (Refund) | | 0.00 |
| Depreciation and Amortization | | 0.00 |
| Rent Expense - Real Property | | 0.00 |
| Lease Expense - Personal Property | | 0.00 |
| Health/benefits Insurance | 10,034.01 | 10,034.01 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | 1,643.77 | 1,643.77 |
| Research and Development | 141.94 | 141.94 |
| Travel and Entertainment (Itemize) | | 0.00 |
| Contractors/consulting | 258,809.22 | 258,809.22 |
| Non-Captal (expensed) equipment | 2,185.00 | 2,185.00 |
| Office Supplies | 6.00 | 6.00 |
| T&D | 5,939.82 | 5,939.82 |
| Dues and Subscriptions | 817.00 | 817.00 |
| Software Expense | 6,961.20 | 6,961.20 |
| Courier and Freight | 3,830.33 | 3,830.33 |
| Total Operating Expenses | 371,152.85 | 371,152.85 |
| Net Gain/(Loss) from Operations | (371,152.85) | (371,152.85) |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Unrealized FX gain (loss) | 14.15 | 14.15 |
| Total Non-Operating income | 14.15 | 14.15 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | 0.00 |
| Legal and Professional (Itemize) | | 0.00 |
| Other (Itemize) | | 0.00 |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | (371,138.70) | (371,138.70) |

(Attach exhibit listing all itemizations required above)

X-BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 58,658.92 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | 475,150.00 | |
| Notes Receivable | | |
| Prepaid Expenses | 10,000.00 | |
| Intercompany AR | 10,477,669.68 | |
| Total Current Assets | | 11,021,478.60 |
| | | |
| Property, Plant, and Equipment | 87,373.07 | |
| Accumulated Depreciation/Depletion | (1,285.65) | |
| Net Property, Plant, and Equipment | | 86,087.42 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Deposits | 2,792.50 | |
| Total Other Assets | | 2,792.50 |
| | | |
| TOTAL ASSETS | | 11,110,358.52 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 647.50 | |
| Taxes Payable | | |
| Notes Payable - ATEL Debt | 1,464,850.45 | |
| Professional fees | | |
| Secured Debt | | |
| Company Credit Card (intercompany AP) | (26,496.32) | |
| Payroll Accrual | 16,744.30 | |
| Intercompany AP | 17,949,713.78 | |
| Total Post-petition Liabilities | | 19,405,459.71 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Accounts Payable | 257,745.42 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 257,745.42 |
| TOTAL LIABILITIES | | 19,663,205.13 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity - retained earnings | (5,613,185.17) | |
| Post-petition Profit/(Loss) | (2,938,236.98) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (8,551,422.15) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 11,111,782.98 |

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
The Debtors filed their original disclosure statement and plan of reorganization on September 15, 2020, and filed a first amended disclosure statement and first amended plan of reorganization on October 14, 2020.  The hearing on confirmation of the plan is set for November 24, 2020.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Steven Zhao
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Dated: November 13, 2020

_____
Steven Zhao, President and CEO

## Silicon Valley Bank

**3003 Tasman Drive
Santa Clara, CA  95054**

ADDRESS SERVICE REQUESTED

>002033 5265999 0001 092196 10Z

GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION
4695 CHABOT DR, 200
PLEASANTON CA 94588

### *October 2020*

*Reporting Activity 10/01 - 10/31*          *Page 1 of 4*

### *Managing Your Accounts*

| | | |
|---|---|---|
|  **Phone:** | (408) 654-4636 |
| **Toll-Free:** | (800) 774-7390 |
|  **Email:** | clientservice@svb.com |
| **Online:** | www.svb.com |

---

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5632 | $54,014.61 |
| **Total Balance** | | **$54,014.61** |

## Analysis Checking - XXXXXX5632

### Account Summary

| Date | Description | |
|---|---|---|
| 10/01/2020 | **Beginning Balance** | **$105,063.41** |
| 10/31/2020 | **Ending Balance** | **$54,014.61** |
| | Total debits this period | $191,050.36 |
| | Total credits this period | $140,001.56 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2020 | Beginning Balance | | | $105,063.41 |
| 10/01/2020 | WIRE OUT 201001L1B77D1C002128 | -$18,667.00 | $0.00 | $86,396.41 |
| | 202027509384;BNF SULMEYERKUPET | | | |
| | Z TRUST ACCOUNT;OBI GLOSTATION | | | |
| 10/02/2020 | BOOK TRANSFER CREDIT | $0.00 | $50,000.00 | $136,396.41 |
| | FROM ACCOUNT███9840 | | | |
| 10/06/2020 | BOOK TRANSFER DEBIT | -$50,000.00 | $0.00 | $86,396.41 |
| | TO ACCOUNT███7546 | | | |
| 10/06/2020 | BOOK TRANSFER DEBIT | -$10,000.00 | $0.00 | $76,396.41 |
| | TO ACCOUNT███7778 | | | |
| 10/06/2020 | BOOK TRANSFER DEBIT | -$5,000.00 | $0.00 | $71,396.41 |
| | TO ACCOUNT███5670 | | | |

**Member FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

02033 5265999 0001 092196 54Z55L 10/01/2020

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges? ☐ Verified additions and sub-tractions in your checkbook? ☐ Compared canceled checks to check stub? ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020

**Silicon Valley Bank**

## October 2020

*Reporting Activity 10/01 - 10/31*          *Page 3 of 4*

## Analysis Checking - XXXXXX5632 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/08/2020 | WIRE OUT 201008L1B77D1C000729 202028203411;BNF SULMEYERKUPET Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $52,729.41 |
| 10/13/2020 | RIPPLING GSUITE_RES 0MEGKKV3W49PK80 GLOSTATION USA, INC | -$1,116.00 | $0.00 | $51,613.41 |
| 10/13/2020 | RIPPLING BILL PEBRJVXKXOKJVBD GLOSTATION USA, INC | -$1,147.20 | $0.00 | $50,466.21 |
| 10/14/2020 | KAISER GROUP DUE TELEPHONE 043000099632796 1400310000033694290846 | -$881.46 | $0.00 | $49,584.75 |
| 10/15/2020 | Guideline Retire AMTS:95,61 ST-S5E1U7P4Y9L4 GLOSTATION USA INC | $0.00 | $0.61 | $49,585.36 |
| 10/15/2020 | Guideline Retire AMTS:95,61 ST-Q7F9D6D9F8V6 GLOSTATION USA INC | $0.00 | $0.95 | $49,586.31 |
| 10/15/2020 | WIRE OUT 201015L1B77D1C001587 202028907775;BNF SULMEYERKUPET Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $30,919.31 |
| 10/16/2020 | SSBTRUSTOPS P/R Contr GLOSTATION USA I | -$1,030.78 | $0.00 | $29,888.53 |
| 10/19/2020 | QUARTERLY FEE PAYMENT 0000 GLOSTATION USA INC. | -$650.00 | $0.00 | $29,238.53 |
| 10/19/2020 | QUARTERLY FEE PAYMENT 0000 GLOSTATION USA INC. | -$5,525.00 | $0.00 | $23,713.53 |
| 10/20/2020 | SSBTRUSTOPS P/R Contr GLOSTATION USA I | -$1,233.86 | $0.00 | $22,479.67 |
| 10/21/2020 | BOOK TRANSFER CREDIT FROM ACCOUNT 3303052977 | $0.00 | $90,000.00 | $112,479.67 |
| 10/21/2020 | Guideline Retire AMTS:95,61 ST-B2K5Y3S3V0S2 GLOSTATION USA INC | -$1.56 | $0.00 | $112,478.11 |

**Silicon Valley Bank**

### *October 2020*

*Reporting Activity 10/01 - 10/31*                    *Page 4 of 4*

## Analysis Checking - XXXXXX5632 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/21/2020 | CLOUDINARY INC. BUSBILLPAY<br>TRAN#5<br>Sandbox VR, Inc. | -$1,500.00 | $0.00 | $110,978.11 |
| 10/21/2020 | CLOUDINARY INC. BUSBILLPAY<br>TRAN#6<br>Sandbox VR, Inc. | -$1,500.00 | $0.00 | $109,478.11 |
| 10/22/2020 | WIRE OUT 201022L1B77D1C000733<br>202029603669;BNF SULMEYERKUPET<br>Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $90,811.11 |
| 10/26/2020 | BLUE SHIELD CA BlueShield<br>W01001791000<br>GLOSTATION USA INC | -$18,129.50 | $0.00 | $72,681.61 |
| 10/30/2020 | WIRE OUT 201030L1B77D1C002251<br>202030411209;BNF SULMEYERKUPET<br>Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $54,014.61 |
| 10/31/2020 | Ending Balance | | | $54,014.61 |

## Silicon Valley Bank

**3003 Tasman Drive**
**Santa Clara, CA 95054**

ADDRESS SERVICE REQUESTED

>002032 5265999 0001 092196 10Z

GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION PAYROLL
4695 CHABOT DR, 200
PLEASANTON CA 94588

## *October 2020*

*Reporting Activity 10/01 - 10/31*      *Page 1 of 4*

### *Managing Your Accounts*

 **Phone:**     (408) 654-4636

 **Toll-Free:**   (800) 774-7390

 **Email:**     clientservice@svb.com

**Online:**    www.svb.com

---

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5647 | $4,644.31 |
| **Total Balance** | | **$4,644.31** |

## Analysis Checking - XXXXXX5647

### Account Summary

| Date | Description | |
|---|---|---|
| 10/01/2020 | **Beginning Balance** | **$74,595.52** |
| 10/31/2020 | **Ending Balance** | **$4,644.31** |
| | Total debits this period | $69,951.21 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2020 | Beginning Balance | | | $74,595.52 |
| 10/05/2020 | APIntego ACHTRANS | -$258.46 | $0.00 | $74,337.06 |
| | 67501652 | | | |
| | Glostation USA, Inc | | | |
| 10/14/2020 | RIPPLING QEADJUSTME | -$112.35 | $0.00 | $74,224.71 |
| | 6LM2ZBMVAE50ZX7 | | | |
| | SANDBOX VR INC | | | |
| 10/14/2020 | RIPPLING TAXWITHDRA | -$9,152.30 | $0.00 | $65,072.41 |
| | KNX99R2EBE6WNG0 | | | |
| | SANDBOX VR INC | | | |
| 10/14/2020 | RIPPLING PAYROLL | -$22,661.31 | $0.00 | $42,411.10 |
| | ORZLAMQAMXDK9AO | | | |
| | SANDBOX VR INC | | | |

**Member FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | | | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:   Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020

**Silicon Valley Bank**

## October 2020

*Reporting Activity 10/01 - 10/31*          *Page 3 of 4*

## Analysis Checking - XXXXXX5647 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/19/2020 | APIntego ACHTRANS<br>68079558<br>Glostation USA, Inc | -$295.77 | $0.00 | $42,115.33 |
| 10/28/2020 | RIPPLING TAXWITHDRA<br>APJVG8LQMP3N8MP<br>SANDBOX VR INC | -$9,785.44 | $0.00 | $32,329.89 |
| 10/28/2020 | RIPPLING PAYROLL<br>4OWOB739ZVBXVY4<br>SANDBOX VR INC | -$23,703.09 | $0.00 | $8,626.80 |
| 10/30/2020 | RIPPLING TAXWITHDRA<br>3VYQWRP57LO9A8Q<br>SANDBOX VR INC | -$331.07 | $0.00 | $8,295.73 |
| 10/30/2020 | RIPPLING TAXWITHDRA<br>VR0XG1NJKMJXYNW<br>SANDBOX VR INC | -$691.13 | $0.00 | $7,604.60 |
| 10/30/2020 | RIPPLING PAYROLL<br>BQ7DQOPLZJV4JXV<br>SANDBOX VR INC | -$1,253.64 | $0.00 | $6,350.96 |
| 10/30/2020 | RIPPLING PAYROLL<br>16EAG3OOPWKNLQB<br>SANDBOX VR INC | -$1,706.65 | $0.00 | $4,644.31 |
| 10/31/2020 | Ending Balance | | | $4,644.31 |

THIS PAGE LEFT INTENTIONALLY BLANK

**Silicon Valley Bank**

**3003 Tasman Drive
Santa Clara, CA 95054**

*October 2020*

*Reporting Activity 10/01 - 10/31*          *Page 1 of 2*

ADDRESS SERVICE REQUESTED

>050627 5265999 0001 092196 10Z

GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION TAX
4695 CHABOT DR, 200
PLEASANTON CA 94588

### *Managing Your Accounts*

| | | |
|---|---|---|
| ⓘ | **Phone:** | (408) 654-4636 |
| | **Toll-Free:** | (800) 774-7390 |
| | **Email:** | clientservice@svb.com |
| | **Online:** | www.svb.com |

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5651 | $0.00 |
| **Total Balance** | | **$0.00** |

## Analysis Checking - XXXXXX5651

### Account Summary

| Date | Description | |
|---|---|---|
| **10/01/2020** | **Beginning Balance** | **$0.00** |
| **10/31/2020** | **Ending Balance** | **$0.00** |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2020 | Beginning Balance | | | $0.00 |
| | No activity this statement period | | | |
| 10/31/2020 | Ending Balance | | | $0.00 |

**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and subtractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

---

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

---

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

---

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020