Daren R. Brinkman (State Bar No. 158698)
BRINKMAN LAW GROUP, PC
543 Country Club Drive, Suite B
Wood Ranch, CA 93065
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
firm@brinkmanlaw.com

*Counsel for the Official Committee Of
Unsecured Creditors of Glostation USA, Inc., et al.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>GLOSTATION USA, INC., a Delaware corporation, et al.<br><br>Debtors.<br><br>Federal EIN: 37-1875688 | Case No. 1:20-bk-11435-MB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**DECLARATION OF DANIEL MULLIN IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO MOTION FOR ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION** |

I, Daniel Mullin, hereby declare:

1. I am an individual over eighteen years of age.

2. I make this declaration of my own personal knowledge and in support of the *Official Committee of Unsecured Creditors' Opposition to Motion for Order Confirming Debtors' First Amended Joint Plan of Reorganization* (the "Opposition") [Dkt. No. 250].

1
Declaration of Daniel Mullin in Support of Committee's Opposition to Debtors' Plan

3. I am the owner and principal of DKMullin Architects ("DKMullin"). DKMullin is a member of the Official Committee of Unsecured Creditors ("Committee") in this case and I am DKMullin's representative on the Committee.

4. I am an architect with over 25 years of experience. I specialize in designing commercial architecture.

5. Various of the Debtors that are in this jointly administered bankruptcy case retained DKMullin to design the interior of their physical locations.

6. I was the lead architect on the Debtors' projects and I am intimately familiar with the work performed by DKMullin. I also communicated with the contractors who performed the build-out work to the specifications I designed.

7. After significant communication with the Debtors' representatives, I designed the physical locations to very high standards, in line with the Debtors' desires.

8. The physical locations of the Sandbox VR stores each required a significant build expense using very high quality materials.

9. I did not do the construction work but I understand that the Debtors advertised that the improvements cost "approximately $1,400,000 per store." (Exhibit 23 to the Lotzer Declaration). These costs would be consistent with the high-quality builds that I designed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2020 at New York, New York.

_____
Daniel Mullin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 543 Country Club Drive, Suite B, Wood Ranch, CA 93065

A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF DANIEL MULLIN IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO MOTION FOR ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 19, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtors**
Asa S Hami on behalf of Debtors Glostation USA, Inc. et al.
ahami@sulmeyerlaw.com,  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

David S Kupetz on behalf of Debtors Glostation USA, Inc. et al.
dkupetz@sulmeyerlaw.com,  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Steven Werth on behalf of Debtors Glostation USA, Inc., et al.
swerth@sulmeyerlaw.com,  cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Claire K Wu on behalf of Debtors Glostation USA, Inc., et al.
ckwu@sulmeyerlaw.com,  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

**Committee**
Daren Brinkman on behalf of Creditor Committee Committee of Unsecured Creditors
office@brinkmanlaw.com,  7764052420@filings.docketbird.com

**United States Trustee**
Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**Secured Lenders**
Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com,  adam-lewis-3473@ecf.pacerpro.com

Debra Riley on behalf of Creditor ATEL Growth Capital dba ATEL Ventures
driley@allenmatkins.com

Jason D Strabo on behalf of Creditor TriplePoint Capital LLC
jstrabo@mwe.com,  cfuraha@mwe.com;rorloff@mwe.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Other Creditors**
Krista M Enns on behalf of Creditor Yonkers Associates, LLC
KEnns@beneschlaw.com, docket@beneschlaw.com

Roger F Friedman on behalf of Defendant YONKERS ASSOCIATES, LLC, a New York limited liability company
rfriedman@rutan.com

Brian D Huben on behalf of Creditors Mission Valley Shoppingtown LLC, The Macerich Company, and West Valley Owner, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Catherine Schlomann Robertson on behalf of Creditor Bohannon Development Company
crobertson@pahl-mccay.com, mle@pahl-mccay.com

Michael St James on behalf of Interested Party CB-1 COMMERCIAL CO LLC, a Delaware limited liability company
ecf@stjames-law.com

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

William W Huckins on behalf of Creditor Oakbrook Shopping Center LLC
whuckins@allenmatkins.com, clynch@allenmatkins.com;mcatapang@allenmatkins.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 19, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Parties Requesting Special Notice and Not Receiving NEF:**
ATEL Growth Capital dba ATEL Ventures
c/o Johanna S. Johannesson
Via email: jjohannesson@atel.com

Yonkers Associates, LLC
c/o Benesch, Friedlander, Coplan & Aronoff LLP
Kevin M. Capuzzi
Via email: kcapuzzi@beneschlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/2020 | Kelsi J. Hunt | /s/ *Kelsi J. Hunt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**