David S. Kupetz (CA Bar No. 125062)
  dkupetz@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
  ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Glostation USA, Inc. and related debtors



FILED & ENTERED

NOV 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>GLOSTATION USA, INC., a Delaware corporation, and related debtors,<br><br>Debtors.<br><br>Federal EIN:  37-185688 | Case No. 1:20-bk-11435-MB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**ORDER ON DEBTORS' EMERGENCY MOTION FOR ORDER (1) LIMITING EXTENT OF NOTICE REQUIRED FOR ADMINISTRATIVE MATTERS, AND (2) AUTHORIZING SERVICE BY ELECTRONIC MAIL**<br><br>[Relates to Dkt. No. 6]<br><br>[No Hearing Required] |

CKW 2706890v1

On August 13, 2020, Glostation USA, Inc., the above-captioned debtor and debtor in possession, filed the *Debtors' Emergency Motion for Order (1) Limiting Extent of Notice Required for Administrative Matters; and (2) Authorizing Service by Electronic Mail* [Dkt. No. 6] (the "Motion").

This Court having considered the Motion, the *Omnibus Declaration of Steven Zhao in Support of Debtors' "First-Day" Emergency Motions* [Dkt. No. 11], all other papers filed in support of the Motion, the record in this case, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, as modified herein.

2. The Debtors (as that term is defined in the Motion) may limit notice of all matters described in Federal Rule of Bankruptcy Procedure 2002(a)(2), (a)(3), and (a)(6), to the following parties, except that any sale of assets shall be served on all creditors, and any parties whose rights are affected by the relief sought shall be served with notice:

    a. The Office of the United States Trustee;

    b. Members of the Official Committee of Unsecured Creditors appointed in the Debtors' cases (or their counsel), and if no such committee is appointed, the top 30 general unsecured creditors (or their respective counsel);

    c. Secured creditors (or their respective counsel);

    d. The Internal Revenue Service;

    e. All entities filing and serving a request for special notice in these cases.

3. The Debtors may serve all notices, pleadings, and other documents filed in their bankruptcy cases by e-mail on (1) registered users with the Court's electronic-filing system, and (2) parties that have consented in writing to service by electronic means. The Debtors must serve all notices, pleadings, and other documents filed in any adversary proceeding in this case as required by the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

/ / /

/ / /

/ / /

CKW 2706890v1                                1

4.  The Debtors shall serve a notice of this order, substantially in the form attached as Exhibit 1 to the Motion, on all creditors and other known parties in interest in this case.

### 

Date: November 24, 2020

Martin R Barash
United States Bankruptcy Judge

CKW 2706890v1

2