1  David S. Kupetz (CA Bar No. 125062)
     *dkupetz@sulmeyerlaw.com*
2  Asa S. Hami (CA Bar No. 210728)
     *ahami@sulmeyerlaw.com*
3  Claire K. Wu (CA Bar No. 295966)
     *ckwu@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Grand Ave, Suite 3400
   Los Angeles, California 90071
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520

7
   Attorneys for Glostation USA, Inc. and
8  related debtors

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                   **SAN FERNANDO VALLEY DIVISION**

12  In re                                           Case No. 1:20-bk-11435-MB

13  GLOSTATION USA, INC., a Delaware                Chapter 11
    corporation, and related debtors,
14                                                  (Jointly Administered with Case Nos. 1:20-bk-
              Debtors.                              11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-
15                                                  MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB;
                                                    1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-
16  Federal EIN:  37-185688                         bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-
                                                    11444-MB)
17
                                                    **NOTICE OF ORDER (1) LIMITING
18                                                  EXTENT OF NOTICE REQUIRED FOR
                                                    CERTAIN ADMINISTRATIVE MATTERS,
19                                                  AND (2) AUTHORIZING SERVICE BY
                                                    ELECTRONIC MAIL**
20
                                                    [Relates to Dkt. No. 267]
21
                                                    [No Hearing Required]
22

23

24

25

26

27

28

SFW 2703131v1

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1 **TO ALL CREDITORS AND PARTIES ENTITLED TO NOTICE:**

2 **PLEASE TAKE NOTICE** that the United States Bankruptcy Court has entered an

3 order [Dkt. No. 267] that Glostation USA, Inc., and its related debtors and debtors in possession in

4 the above-captioned, jointly administered chapter 11 cases (collectively, the "Debtors"), are

5 authorized to limit notice of certain matters in the above-captioned chapter 11 cases, to the

6 following parties (the "Limit Notice Order"):

7 a. The Office of the United States Trustee;

8 b. Members of the Official Committee of Unsecured Creditors appointed in

9 the Debtors' cases (or their counsel), and if no such committee is appointed, the top 30 general

10 unsecured creditors (or their respective counsel);

11 c. Secured creditors (or their respective counsel);

12 d. The Internal Revenue Service;

13 e. All entities filing and serving a request for special notice in these cases.

14 A true and correct copy of the Limit Notice Order is attached hereto as **Exhibit 1**.

15 **PLEASE TAKE FURTHER NOTICE** that any party in interest desiring to receive notice

16 of administrative and others matters in any of the Debtors' cases may request such notice by (1)

17 filing a written request for special notice with the Clerk of the United States Bankruptcy Court, and

18 (2) serving a copy of said request on the Debtors' counsel, whose name and address appears at the

19 upper left corner of the first page of this notice.

20 **PLEASE TAKE FURTHER NOTICE** that the Court has authorized the Debtors to serve

21 notices, pleadings, and other documents filed in these cases by e-mail on (1) registered users with the

22 Court's electronic-filing system, and (2) parties that have consented in writing to service by

23 electronic means.  If you desire to receive notices, pleadings and/or other documents filed in these

24 cases by e-mail, please include in your request for special notice (if you are filing and serving such a

25 request), a request that you be served with documents by e-mail (and provide your e-mail address)

26 or, if you are not filing a request for special notice, provide your e-mail address and consent in

27 writing, to the Debtors' counsel at **Sulmeyer**Kupetz, a Professional Corporation, 333 S. Grand Ave.,

28 Suite 3400, Los Angeles, CA  90071, Attn: Claire K. Wu, Esq., at *ckwu@sulmeyerlaw.com.*

SFW 2703131v1                                    1

1    Dated:  November 24, 2020                    **Sulmeyer**Kupetz
                                                 A Professional Corporation

2

3

4                                                By:    */s/ Claire K. Wu*
                                                        Claire K. Wu
5                                                       Attorneys for Glostation USA, Inc. and related
                                                        debtors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

SFW 2703131v1                                    2

# EXHIBIT 1

1  David S. Kupetz (CA Bar No. 125062)
    *dkupetz@sulmeyerlaw.com*
2  Steven F. Werth (CA Bar No. 205434)
    *swerth@sulmeyerlaw.com*
3  Claire K. Wu (CA Bar No. 295966)
    *ckwu@sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
    A Professional Corporation
5  333 South Grand Ave, Suite 3400
    Los Angeles, California 90071
6  Telephone: 213.626.2311
    Facsimile: 213.629.4520
7
   Attorneys for Glostation USA, Inc. and
8  related debtors



FILED & ENTERED

NOV 24 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever       DEPUTY CLERK

9          **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

11  In re

12  GLOSTATION USA, INC., a Delaware
    corporation, and related debtors,

13

14              Debtors.

15  Federal EIN:  37-185688

16

17

18

19

20

21

Case No. 1:20-bk-11435-MB

Chapter 11

(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)

**ORDER ON DEBTORS' EMERGENCY MOTION FOR ORDER (1) LIMITING EXTENT OF NOTICE REQUIRED FOR ADMINISTRATIVE MATTERS, AND (2) AUTHORIZING SERVICE BY ELECTRONIC MAIL**

[Relates to Dkt. No. 6]

[No Hearing Required]

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

CKW 2706890v1

0003

1    On August 13, 2020, Glostation USA, Inc., the above-captioned debtor and debtor in

2 possession, filed the *Debtors' Emergency Motion for Order (1) Limiting Extent of Notice Required*

3 *for Administrative Matters; and (2) Authorizing Service by Electronic Mail* [Dkt. No. 6] (the

4 "Motion").

5    This Court having considered the Motion, the *Omnibus Declaration of Steven Zhao in*

6 *Support of Debtors' "First-Day" Emergency Motions* [Dkt. No. 11], all other papers filed in

7 support of the Motion, the record in this case, and good cause appearing therefor, it is hereby

8 **ORDERED** as follows:

9    1.    The Motion is **GRANTED**, as modified herein.

10    2.    The Debtors (as that term is defined in the Motion) may limit notice of all matters

11 described in Federal Rule of Bankruptcy Procedure 2002(a)(2), (a)(3), and (a)(6), to the following

12 parties, except that any sale of assets shall be served on all creditors, and any parties whose rights

13 are affected by the relief sought shall be served with notice:

14        a.    The Office of the United States Trustee;

15        b.    Members of the Official Committee of Unsecured Creditors appointed in

16 the Debtors' cases (or their counsel), and if no such committee is appointed, the top 30 general

17 unsecured creditors (or their respective counsel);

18        c.    Secured creditors (or their respective counsel);

19        d.    The Internal Revenue Service;

20        e.    All entities filing and serving a request for special notice in these cases.

21    3.    The Debtors may serve all notices, pleadings, and other documents filed in their

22 bankruptcy cases by e-mail on (1) registered users with the Court's electronic-filing system, and

23 (2) parties that have consented in writing to service by electronic means.  The Debtors must serve

24 all notices, pleadings, and other documents filed in any adversary proceeding in this case as

25 required by the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

26 / / /

27 / / /

28 / / /

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

CKW 2706890v1

1

1        4.        The Debtors shall serve a notice of this order, substantially in the form attached as

2    Exhibit 1 to the Motion, on all creditors and other known parties in interest in this case.

3                                                    # # #

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: November 24, 2020

24                                                    Martin R Barash
                                                      United States Bankruptcy Judge

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF ORDER (1) LIMITING EXTENT OF NOTICE REQUIRED FOR CERTAIN ADMINISTRATIVE MATTERS, AND (2) AUTHORIZING SERVICE BY ELECTRONIC MAIL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  November 24, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Daren Brinkman on behalf of Creditor Committee Committee Of Unsecured Creditors
office@brinkmanlaw.com, 7764052420@filings.docketbird.com

Daren Brinkman on behalf of Creditor Committee Committee of Unsecured Creditors
office@brinkmanlaw.com, 7764052420@filings.docketbird.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Krista M Enns on behalf of Creditor Yonkers Associates, LLC
KEnns@beneschlaw.com, docket@beneschlaw.com

Roger F Friedman on behalf of Defendant YONKERS ASSOCIATES, LLC, a New York limited liability company
rfriedman@rutan.com

Asa S Hami on behalf of Debtor Glostation USA, Inc.
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in Possession
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc.
ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Brian D Huben on behalf of Creditor Mission Valley Shoppingtown LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor The Macerich Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor West Valley Owner, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins on behalf of Creditor Oakbrook Shopping Center LLC
whuckins@allenmatkins.com, clynch@allenmatkins.com;mcatapang@allenmatkins.com

David S Kupetz on behalf of Debtor Glostation Core USA, Inc.
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Glostation USA, Inc.
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Austin, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Cerritos, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Colony, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Mission Valley, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Oakbrook, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Pop-Up, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Ridge Hill, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR San Mateo, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Topanga, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in Possession
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Debra Riley on behalf of Creditor ATEL Growth Capital dba ATEL Ventures
driley@allenmatkins.com

Catherine Schlomann Robertson on behalf of Creditor Bohannon Development Company
crobertson@pahl-mccay.com, mle@pahl-mccay.com

Michael St James on behalf of Interested Party CB-1 COMMERCIAL CO LLC, a Delaware limited liability company
ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Jason D Strabo on behalf of Creditor TriplePoint Capital LLC
jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com

Jason D Strabo on behalf of Debtor Glostation USA, Inc.
jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Steven Werth on behalf of Attorney SulmeyerKupetz
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Glostation Core USA, Inc.
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Glostation USA, Inc.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Austin, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Cerritos, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Colony, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Mission Valley, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Oakbrook, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Pop-Up, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Ridge Hill, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR San Mateo, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Topanga, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Glostation Core USA, Inc.
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Glostation USA, Inc.
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Austin, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Cerritos, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Colony, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Mission Valley, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Oakbrook, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Pop-Up, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Ridge Hill, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR San Mateo, LLC

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Topanga, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Interested Party Courtesy NEF
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in
Possession
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  November 24, 2020 , I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state
method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  November 24,
2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here
constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24
hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 24, 2020 | Maria R. Viramontes | */s/Maria R. Viramontes* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION** (if needed):

**2.  SERVED BY U.S. MAIL &**
**3. VIA EMAIL**

**DEBTORS:**
Glostation USA, Inc.
4695 Chabot Drive, Suite 200
Pleasanton, CA 94588
Email: steve.zhao@sandboxvr.com

**ATTORNEY FOR SANDBOX VR, INC.**
Natasha Hsieh
Silicon Legal Strategy
Ph: 415-513-1213
Email: natasha@siliconlegal.com

**OFFICE OF THE UNITED STATES TRUSTEE:**
Russell Clementson
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
Ph: 213-894-4505
Fax : 213-894-0276
Email: russell.clementson@usdoj.gov

**SECURED CREDITORS:**

Atel Growth Capital - **RSN**
c/o Johanna Johannesson
600 Montgomery Street, 9th FL
San Francisco, CA 94111
Ph: 414- 616-3461
Email: jjohannesson@atel.com

Atel Growth Capital - **RSN**
c/o Debra A. Riley, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Ph: 619- 235-1520
EMail: driley@allenmatkins.com

Silicon Valley Bank
505 Howard Street, 3rd Floor
San Francisco, CA 94105

Silicon Valley Bank
c/o Alexander Rheaume, Esq.
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
Ph: 617-648-4770
Email: ARheaume@mofo.com
    BButterfield@mofo.com

TriplePoint Capital LLC
2755 Sand Hill Rd., Suite 150
Menlo Park, CA 94025

TriplePoint Capital LLC
c/o Gary Rosenbaum
McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Ph: 310-284-6133
Email: Grosenbaum@mwe.com
    Rorloff@mwe.com

**INTERNAL REVENUE SERVICE:**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Ph: 800-973-0424

**SECURITIES EXCHANGE COMMISSION:**
U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**REQUEST FOR SPECIAL NOTICE:**

Atel Growth Capital
c/o Johanna Johannesson
600 Montgomery Street, 9th FL
San Francisco, CA 94111
Ph: 414- 616-3461
Email: jjohannesson@atel.com

Atel Growth Capital
c/o Debra A. Riley, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Ph: 619- 235-1520
Email: driley@allenmatkins.com

Bohannon Development Company
c/o Catherine Schlomann Robertson
Pahl & Mccay
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: 408-286-5100
Facsimile: 408- 286-5722
Email: crobertson@pahl-mccay.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

CB-1 Commercial Co. LLC
c/o Michael St. James, Esq.
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
Email: Ecf@stjames-law.com

Attorneys for AmTrust North America, Inc. on behalf of
Technology Insurance Company, Inc.
Maurice Wutscher LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Via Email: ahochheiser@mauricewutscher.com

**CREDITORS' COMMITTEE**

DKMullin Architects
517 S. Main Street
Moscow, Idaho 83834
Attn: Daniel K. Mullin
Email: daniel@dkmullin.com

Elevenex LLC
1770 Post St. #312
San Francisco, CA 94115
Attn: Matthew Raphaelson
Email: matthew@elevenexllc.com

Stublisher Inc. dba dotdotdash
4784 SE 17th Ave.
Suite 185
Portland, OR 97217
Attn: Kyle Baneulos
Email: accounting@dotdotdash.io

**ATTORNEY FOR CREDITORS COMMITTEE OF
UNSECURED CREDITORS**
Daren Brinkman, Esq.
Brinkman Law Group, PC
543 Country Club Drve
Unit B
Wood Ranch, CA  93065
Email: office@brinkmanlaw.com, firm@brinkmanlaw.com;
db@brinkmanlaw.com

**30 LARGEST UNSECURED CREDITORS:**

Flynn Construction
600 Penn Avenue
Pittsburgh, PA 15221
Ph: 412-243-2483
Fax:  412-243-7925
Email: info@flynn-construction.com

Lakeview Construction, Inc.
10505 Corporate Drive., Ste. 200
Pleasant Prairie, WI 53158
Ph: 262-857-3336
Fax 262-857-3424
Email: steve@lvconstruction.com

Menemsha Development Group
4950 W. 154th Street
Hawthorne, CA 90250
Ph: 310-678-2346
Fax:  775-719.8790
Email: jnovak@menemshasolutions.com

Action RSC, LLC
4320 Action Drive
Mesquite, TX 95150
Ph: 214- 989-7841
Fax: 972-865-4494
Email: Steve@actionrcs.com

CB-1 Commercial Co., LLC
c/o Millennium Partners
1995 Broadway, 3rd Fl.
New York, NY 10023
Ph: 212-595-1600
Email: jjeffries@millenniumptrs.com

CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723
Ph: 480-270-7347
Emil: anthcap@cdw.com

One CDW Way
200 N. Milwaukee Avenue
Vernon Hills, IL 60061
Ph: 847-465-6000
Fax: 847-465-6800
Toll-free: 800-800-4239

Macerich Cerritos, LLC
c/o Macerich
P.O. Box 2172
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90407
Ph: 310-394-6000
Email:  Hayley.Rable@macerich.com

HSC Holdings, LLC
c/o Bohannon Development Company
Sixty 31st Avenue
San Mateo, CA 94403
Ph: 650-345-8222
Email: larry.ivich@hillsdale.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

DK Mullin
Attn: Daniel Mullin
517 S. Main St.
Moscow, ID 83843
Ph: 208-892-8433
Fax: 208-892-8533
Email: daniel@dkmullin.com

Oakbrook Shopping Center, LLC
c/o Oakbrook Center
350 N. Orleans Street, Suite 300
Chicago, IL 60654
Ph: 312-960-5532
Email: julie.bowden@brookfieldpropertiesretail.com

Shremshock Architects
7400 West Campus Rd, Ste 150
New Albany, OH 43054
Ph: 614-545-4550
Fax: 614-545-4555
Email:  info@shremshock.com

Mission Valley Shoppingtown LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

Identiti
425 N. Martigale, 18th floor
Schaumburg, IL 60173
Ph: 847-301-0519
Email: ggonzales@identiti.net

West Valley Owner, LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

First Call Resolution LLC
406 NE Winchester Street,
Roseburg, OR 97470
Ph: 541 971-6353
Email: Priscilla.brown@gofcr.com
        accounting@firstcallres.com

Tactical Haptics Inc.
2819 Whipple Rd.
Union City, CA 94587
Ph: 510-516-1494
Email: info@TacticalHaptics.com

Terry Adams, Inc.
11 S. Mulberry, Suite 100
Elizabethtown, KY 42701
Ph: 270-769-0859
Fax: 270-769-0913
Email: Sowens@terryadamsinc.com
        Krood@terryadamsinc.com

Global Facility Management & Construction
525 Broadhollow Road, Suite 100
Melville, NY 11747
Ph: 631-617-6500
Fax: 631-813-2812
Email: Joseph.Autero@gfm247.com
        Nick.Spinazzola@gfm247.com

Snyder & Snyder, LLP
c/o ChrisAnn Vogt
94 White Plains Road
Tarrytown, NY 10591
Ph: 914-333-0700
Fax: 914-333-0743
Email: CVogt@snyderlaw.net

TJ Hale Company, LLC
W139 N9499 Highway 145
Menomonee Falls, WI 53051-1618
Ph: 262-255-5555
Fax: 262-255-5678
Email: info@tjhale.com

EleveneX, LLC
1770 Post Street, 312
San Francisco, CA 94115
Ph: 415-283-5840

STUBLISHER INC., dotdotdash
4784 SE 17th Ave., Suite 143
Portland, OR 97202
Ph: 503-505-3232
Email: kyle@dotdotdash.io

National Energy & Light Inc.
2053 Kurtz Street
San Diego, CA 92110
Ph: 603-402-2143
Email: ap@nelcompany.com

National Energy & Light Inc.
14 Celina Avenue, Suite 0
Nashua, NH 03063
Email: support@nelcompany.com

00 Agency
88 East Bay State St., Unit 1K
Alhambra, CA 91801
Ph: 626-227-5858
Email: christine@the00agency.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Bergmeyer Associates, Inc.
51 Sleeper Street
Boston, MA 02210
Ph: 617-542-1025
Email: msalter@bergmeyer.com

Linkedin
62228 Collections Center Drive
Chicago, IL 60693-0622
Ph: 650-687-3600
Email: keast@linkedin.com

Permit Advisors
8370 Wilshire Blvd., Suite 330
Beverly Hills, CA 90211
Ph: 310-275-7774
Fax: 310-881-1135
Email: christian@permitadvisors.com

Granite Telecommunications
100 Newport Ave Ext.
Quincy, MA 02171
Ph: 866-847-5500 / Pat Green
Email: PGreen@granitenet.com

Placer Labs
340 S. Lemon Avenue #1277
Walnut, CA 91789
Ph: 415-549-6537
Email: info@placer.ai

Glassdoor
100 Shoreline Highway
Mill Valley, CA 94941
Ph: 415-944-6967
Email: Jennifer.Lorenzo@glassdoor.com

**UTILITY PROVIDERS:**

AT&T Corp
Agent for Service of Process
CT Corporation System
208 So LaSalle St., Suite 814
Chicago, IL 60604

San Diego Gas & Electric
Agent for Service of Process
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

San Diego Gas & Electric
PO Box 25111
Santa Ana, Ca 92799-5111
Ph: 800-336-7343

Cox Business
Agent for Service of Process
Brian Cox
490 E. 19th St
Costa Mesa, CA 92627

Cox Business
PO Box 53214
Phoenix, AZ 85072
Ph: 619-269-2000

Comcast Business
9602 S. 300 W. Ste B
Sandy UT 84070
Ph: 800-391-3000

Granite Telecommunications
100 Newport Ave Ext
Quincy, MA 02171
Ph: 866-847-5500
Ph: 617-837-4513
Email: PGreen@granitenet.com
        TOverton@granitenet.com

Sonic Net, LLC
2260 Apollo Way
Santa Rosa, CA 95407
Ph: 877-676-6428
Email: enterprise-billing@sonic.net

ComEd Customer Care Center
Agent for Service of Process
Sheila M. Morrison
2111 Lake Ave.
Wilmette, IL 60091

ComEd Customer Care Center
PO Box 805379
Chicago, IL 60680-5379
Ph: 877-426-6331

City of Austin
City of Austin Utility Customer Service
PO Box 2267
Austin, TX 78783-2267
Ph: 512-494-9400

Keter Environmental Services, Inc.
Agent for Service of Process
The Corporation Company
4 High Ridge Park, Suite 202
Stamford, TC 06905

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Kameryn McCollough, Staff Attorney
Keter Environmental Services, Inc.
4 High Ridge Park
Stamford, CT 06905
Cell: 303- 386-6351
Email: kmccollough@keteres.com

Keter Environmental Services, Inc.
PO Box 417468
Boston, MA 02241-7468
Ph: 602-560-2380
Email: sstahl@keteres.com

Keter Environmental Services, Inc
4 High Ridge Park
Suite 202
Stamford, CT 06905

Keter Environmental Services, Inc
101 W. Washington Street
Suite 1000 East
Indianapolis, IN 46204

Keter Environmental Services, Inc
4745 N 7th St.
Suite 235
Phoenix, AZ 85014

AT & T
PO Box 5014
Carol Stream, IL 60197-5014
Ph: 800-321-2000

**LANDLORDS:**

CB-1 Commercial Co LLC
c/o Millennium Partners
1995 Broadway, 3rd Floor
New York, NY 10023
Ph: 212-595-1600
Email: jjeffries@millenniumptrs.com

Attorneys for CB-1 Commercial Co LLC
Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 888
San Francisco, CA.  94111
Michael@stjames-law.com

Amy E. Lehman
Shartsis Friese LLP
One Maritime Plaza Eighteenth Floor
San Francisco, CA  94111
ALehman@sflaw.com

Pleasanton Business Solutions, Inc.
4695 Chabot Drive, Suite 200
Pleasanton, CA 94588
Ph: 925-558-2700

LMG Ventures, LLC
700 S. 72nd Street
Omaha, NE 68114
Ph: 402-392-3270
Email: ryan.blumkin@nfm.com

Mission Valley Shoppingtown LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax 424-204-4350
Email: hubenb@ballardspahr.com

Domain Northside Retail Property LP
575 5th Avenue, 23rd Floor
Attn: Domain Northside
New York, NY 10017
Matt Mitchell, GM
Ph: 512-758-7937
Email: MMitchell@northwoodretail.com

Macerich Cerritos, LLC
239 Los Cerritos Center
Management Office
Cerritos, CA 90703
Ph: 562-860-0341
Email: Hayley.Rable@macerich.com

Attorneys for Macerich Cerritos, LLC
Macerich Cerritos, LLC
c/o Jessica M. Simon and Brian D. Huben
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Ph: 424-204-4349
Email: simonjm@ballardspahr.com
        HubenB@ballardspahr.com

Oakbrook Shopping Center, LLC
c/o Oakbrook Center
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
Ph: 312-960-5000
Email: julie.bowden@brookfieldpropertiesretail.com

Attorneys for Oakbrook Shopping Center, LLC
Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Ph: 415- 837-1515
Email: igold@allenmatkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Yonkers Associates, LLC
600 Superior Ave. E., Ste 1500
Cleveland, OH 44144
Dan Casiero, VP Regional Leasing
Ph: 917-716-7338
Email: D.Casiero@qic.com

Yonkers Associates, LLC
c/o Kevin M. Capuzzi
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE  19801
Ph: 302.442.7063
Email: kcapuzzi@beneschlaw.com

Yonkers Associates, LLC
c/o Krista M. Enns
Benesch, Friedlander, Coplan & Aronoff LLP
One Montgomery Tower
120 Kearny Street, Suite 2700
San Francisco, CA  94104
Ph: 628.600.2243
Email: kenns@beneschlaw.com

HSC Holdings, LLC
c/o Bohannon Development Co.
Sixty 31st Avenue
San Mateo, CA 94403-3404
Ph: 650-345-8222
Email: larry.ivich@hillsdale.com

Attorney for HSC Holdings, LLC
Catherine Schlomann Robertson
Pahl & McCay
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
Via Email: crobertson@pahl-mccay.com

West Valley Owner, LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

**CREDIT CARD PROCESSORS:**

Square, Inc.
110 5th Street
San Francisco, CA 94103
Ph: 415-281-3976 or 855 700-6000

Stripe, Inc.
510 Townsend St.
San Francisco, CA 94103
Ph: 650 427-9276

**CREDITORS:**

State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Los Angeles County Tax Collector
225 N Hill St #1,
Los Angeles, CA 90012

AmTrust North America - **RSN**
800 Superior Avenue E
Cleveland, OH 44114

Atrium LLP
260 Townsend St., Suite 400
San Francisco, CA 94107

Boston Barricade Company, Inc.
1151 19th Street
Vero Beach, FL 32960

ComEd
ComEd Customer Care Center
PO Box 6111
Carol Stream, IL 60197-6111

Dynamite Digital
445 Hampshire Street, Suite A
San Francisco, CA 94110

FeEx
3875 Airways, Module H3
Department 4634
Memphis, TN 38116

Forrest Walker
1201 Broadmoor Drive #140
Austin, TX 78723

Halo Branded Solutions
3182 Momentun Place
Chicago, IL 60689-5331

HireSafe Employment
2228 Longport Ct., suite 130
Elk Grove, CA 95758

Independent Floor Testing
Inspection, Inc. IFTI
1390 Willow Pass Rd., Suite 1010
Concord, CA 94520

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                             **F 9013-3.1.PROOF.SERVICE**

Johnson Controls Fire Protection LP
District #417 6952 Preston Ave., Ste. A
Livermore, CA 94551-9545

Johnson Controls Security Solutions
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Lanard And Associates P.C.
600 W. Germantown Pike Ste 400
Plymouth Meeting, PA 19462

Liner's Security & Patrol
8696 Elk Grove Blvd., #3
Elk Grove, CA 95624

Menemsha Development Group
20521 Earl Street
Torrance, CA 90503

Public Storage
P.O. Box 25050
Glendale, CA 91221-5050

Unit AD026,
333 ONeill Ave
Belmont, CA 94002

San Diego Gas & Electric
711D 1801 S. Atlantic Blvd
Monterey Park, CA 91754

State Permits
319 Elaines Court
Dodgeville, WI 53533

UPS Parcel Delivery Svc Ltd_USD
UPS eFulfillment California
Distribution Center
16270 Jurupa Ave., Suite 200
Fontana, CA 92337

Vicon Motion System Ltd.
3750 S. Robertson Blvd., #100
Culver City, CA 90232

Westfield
2029 Century Park East, 41st Floor
Los Angeles, CA 90067

Window Film Depot
PO Box 744098
Atlanta, GA 30374

Window Film Depot
4939 Lower Roswell Rd., Bldg B
Marietta, GA 30068
Ph: 1-866-933-3456

Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081
Email: client.forms@halo.com

Commonwealth Edison Company
1919 Swift Drive
Oak Brook, IL 60523
Email: ComEdBankruptcyGroup@exeloncorp.com

CDW Direct, LLC
200 N. Milwaukee Avenue
Vernon Hills, IL 60061
Attn: Vida Krug
Email:Vida.krug@cdw.com

Maurice Wutscher LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd.,
Suite 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**