David S. Kupetz (CA Bar No. 125062)
 *dkupetz@sulmeyerlaw.com*
Asa S. Hami (CA Bar No. 210728)
 *ahami@sulmeyerlaw.com*
Claire K. Wu (CA Bar No. 295966)
 *ckwu@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Ave, Suite 3400
Los Angeles, California 90071
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>GLOSTATION USA, INC., a Delaware corporation, and related debtors,<br><br>Debtors.<br><br>Federal EIN:  37-1875688 | Case No. 1:20-bk-11435-MB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION**<br><br>[Relates to Dkt, Nos. 206, 284]<br><br>[No Hearing Required] |

ASH 2708003v1

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on November 27, 2020, the Court entered its *Order Granting Motion For Order Confirming Debtors' First Amended Joint Plan of Reorganization* [Dkt. No. 284], pursuant to which the Court confirmed the *Debtors' First Amended Joint Plan of Reorganization* [Dkt. No. 206] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan has occurred and the Plan became effective on November 30, 2020.

Dated: December 1, 2020            **Sulmeyer**Kupetz
                                    A Professional Corporation


                                    By:  */s/ Asa S. Hami*
                                         Asa S. Hami
                                         Attorneys for Reorganzied Debtors

ASH 2708003v1                       1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>December 1, 2020</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Daren Brinkman on behalf of Creditor Committee Committee Of Unsecured Creditors
office@brinkmanlaw.com, 7764052420@filings.docketbird.com

Daren Brinkman on behalf of Creditor Committee Committee of Unsecured Creditors
office@brinkmanlaw.com, 7764052420@filings.docketbird.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Krista M Enns on behalf of Creditor Yonkers Associates, LLC
KEnns@beneschlaw.com, docket@beneschlaw.com

Asa S Hami on behalf of Debtor Glostation USA, Inc.
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Interested Party Courtesy NEF
ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in Possession ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Alan Craig Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Brian D Huben on behalf of Creditor Mission Valley Shoppingtown LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor The Macerich Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D Huben on behalf of Creditor West Valley Owner, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com;mcatapang@allenmatkins.com

David S Kupetz on behalf of Debtor Glostation Core USA, Inc.
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Glostation USA, Inc.
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Austin, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Cerritos, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Colony, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Mission Valley, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Oakbrook, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Pop-Up, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Ridge Hill, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR San Mateo, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Debtor Sandbox VR Topanga, LLC
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in Possession
dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Adam A Lewis on behalf of Creditor Silicon Valley Bank
alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com

Debra Riley on behalf of Creditor ATEL Growth Capital dba ATEL Ventures
driley@allenmatkins.com

Catherine Schlomann Robertson on behalf of Creditor Bohannon Development Company
crobertson@pahl-mccay.com, mle@pahl-mccay.com

Michael St James on behalf of Interested Party CB-1 COMMERCIAL CO LLC, a Delaware limited liability company
ecf@stjames-law.com

Jason D Strabo on behalf of Creditor TriplePoint Capital LLC
jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com

Jason D Strabo on behalf of Debtor Glostation USA, Inc.
jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Steven Werth on behalf of Attorney SulmeyerKupetz
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Glostation Core USA, Inc.

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Glostation USA, Inc.
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Austin, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Cerritos, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Colony, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Mission Valley, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Oakbrook, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Pop-Up, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Ridge Hill, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR San Mateo, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Debtor Sandbox VR Topanga, LLC
swerth@sulmeyerlaw.com,
cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Glostation Core USA, Inc.
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Glostation USA, Inc.
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Austin, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Cerritos, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Colony, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Mission Valley, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Claire K Wu on behalf of Debtor Sandbox VR Oakbrook, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Pop-Up, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Ridge Hill, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR San Mateo, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Debtor Sandbox VR Topanga, LLC
ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu on behalf of Plaintiff GLOSTATION USA, INC., a Delaware corporation, and Related Debtors and Debtors in Possession ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com; ckwu@ecf.courtdrive.com; ckwu@ecf.inforuptcy.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 1 , 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 1, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS**
Glostation USA, Inc.
Via Email: steve.zhao@sandboxvr.com


**SECURED CREDITORS**

Atel Growth Capital - **RFN**
c/o Johanna Johannesson
600 Montgomery Street, 9th FL
San Francisco, CA 94111
Ph: 414- 616-3461
Email: jjohannesson@atel.com

Atel Growth Capital - **RFN**
c/o Debra A. Riley, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Ph: 619- 235-1520
EMail: driley@allenmatkins.com

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Silicon Valley Bank<br>c/o Alexander Rheaume, Esq.<br>Morrison & Foerster LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>Ph: 617-648-4770<br>Email: ARheaume@mofo.com<br>    BButterfield@mofo.com | TriplePoint Capital LLC<br>c/o Gary Rosenbaum<br>McDermott Will & Emery LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Ph: 310-284-6133<br>Email: Grosenbaum@mwe.com<br>    Rorloff@mwe.com |

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2020 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**
**( Via Email and U.S. Mail[1])**

| | |
|---|---|
| ATTORNEY FOR SANDBOX VR, INC.<br>Natasha Hsieh<br>Silicon Legal Strategy<br>Ph: 415-513-1213<br>Email: natasha@siliconlegal.com | CREDITORS' COMMITTEE:<br><br>DKMullin Architects<br>517 S. Main Street<br>Moscow, Idaho 83834<br>Attn: Daniel K. Mullin<br>daniel@dkmullin.com |
| OFFICE OF THE UNITED STATES TRUSTEE:<br>Russell Clementson<br>Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>Ph: 213-894-4505<br>Fax : 213-894-0276<br>Email: russell.clementson@usdoj.gov | Elevenex LLC<br>1770 Post St. #312<br>San Francisco, CA 94115<br>Attn: Matthew Raphaelson<br>matthew@elevenexllc.com<br><br>Stublisher Inc. dba dotdotdash<br>4784 SE 17th Ave.<br>Suite 185<br>Portland, OR 97217<br>Attn: Kyle Baneulos<br>accounting@dotdotdash.io |
| INTERNAL REVENUE SERVICE:<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>Ph: 800-973-0424 | ATTORNEY FOR CREDITORS COMMITTEE OF UNSECURED CREDITORS<br>Daren Brinkman, Esq.<br>Brinkman Law Group, PC<br>543 Country Club Drve<br>Unit B<br>Wood Ranch, CA  93065<br>Email: office@brinkmanlaw.com, firm@brinkmanlaw.com; db@brinkmanlaw.com |
| SECURITIES EXCHANGE COMMISSION:<br>U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | 30 LARGEST UNSECURED CREDITORS:<br><br>Flynn Construction<br>600 Penn Avenue<br>Pittsburgh, PA 15221<br>Ph: 412-243-2483<br>Fax:  412-243-7925<br>Email: info@flynn-construction.com |
| REQUEST FOR SPECIAL NOTICE:<br><br>CB-1 Commercial Co. LLC<br>c/o Michael St. James, Esq.<br>St. James Law, P.C.<br>22 Battery Street, Suite 810<br>San Francisco, California 94111<br>(415) 391-7566 Telephone<br>(415) 391-7568 Facsimile<br>Email: Ecf@stjames-law.com | Lakeview Construction, Inc.<br>10505 Corporate Drive., Ste. 200<br>Pleasant Prairie, WI 53158<br>Ph: 262-857-3336<br>Fax 262-857-3424<br>Email: steve@lvconstruction.com |

---

[1] Served Via Email on December 1, 2020 where email address is noted.

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Attorneys for AmTrust North America, Inc. on behalf of
Technology Insurance Company, Inc.
Maurice Wutscher LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Via Email: ahochheiser@mauricewutscher.com

Action RSC, LLC
4320 Action Drive
Mesquite, TX 95150
Ph: 214- 989-7841
Fax: 972-865-4494
Email: Steve@actionrcs.com

CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723
Ph: 480-270-7347
Emil: anthcap@cdw.com

Macerich Cerritos, LLC
c/o Macerich
P.O. Box 2172
401 Wilshire Blvd., Suite 700
Santa Monica, CA 90407
Ph: 310-394-6000
Email: Hayley.Rable@macerich.com

DK Mullin
Attn: Daniel Mullin
517 S. Main St.
Moscow, ID 83843
Ph: 208-892-8433
Fax: 208-892-8533
Email: daniel@dkmullin.com

Shremshock Architects
7400 West Campus Rd, Ste 150
New Albany, OH 43054
Ph: 614-545-4550
Fax: 614-545-4555
Email: info@shremshock.com

Identiti
425 N. Martigale, 18th floor
Schaumburg, IL 60173
Ph: 847-301-0519
Email: ggonzales@identiti.net

First Call Resolution LLC
406 NE Winchester Street,
Roseburg, OR 97470

Menemsha Development Group
4950 W. 154th Street
Hawthorne, CA 90250
Ph: 310-678-2346
Fax: 775-719.8790
Email: jnovak@menemshasolutions.com

CB-1 Commercial Co., LLC
c/o Millennium Partners
1995 Broadway, 3rd Fl.
New York, NY 10023
Ph: 212-595-1600
Email: jjeffries@millenniumptrs.com

One CDW Way
200 N. Milwaukee Avenue
Vernon Hills, IL 60061
Ph: 847-465-6000
Fax: 847-465-6800
Toll-free: 800-800-4239

HSC Holdings, LLC
c/o Bohannon Development Company
Sixty 31st Avenue
San Mateo, CA 94403
Ph: 650-345-8222
Email: larry.ivich@hillsdale.com

Oakbrook Shopping Center, LLC
c/o Oakbrook Center
350 N. Orleans Street, Suite 300
Chicago, IL 60654
Ph: 312-960-5532
Email: julie.bowden@brookfieldpropertiesretail.com

Mission Valley Shoppingtown LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

West Valley Owner, LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

Tactical Haptics Inc.
2819 Whipple Rd.
Union City, CA 94587

ASH 2708003v1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Ph: 541 971-6353
Email: Priscilla.brown@gofcr.com
accounting@firstcallres.com

Terry Adams, Inc.
11 S. Mulberry, Suite 100
Elizabethtown, KY 42701
Ph: 270-769-0859
Fax: 270-769-0913
Email: Sowens@terryadamsinc.com
Krood@terryadamsinc.com

Snyder & Snyder, LLP
c/o ChrisAnn Vogt
94 White Plains Road
Tarrytown, NY 10591
Ph: 914-333-0700
Fax: 914-333-0743
Email: CVogt@snyderlaw.net

EleveneX, LLC
1770 Post Street, 312
San Francisco, CA 94115
Ph: 415-283-5840

National Energy & Light Inc.
2053 Kurtz Street
San Diego, CA 92110
Ph: 603-402-2143
Email: ap@nelcompany.com

00 Agency
88 East Bay State St., Unit 1K
Alhambra, CA 91801
Ph: 626-227-5858
Email: christine@the00agency.com

Bergmeyer Associates, Inc.
51 Sleeper Street
Boston, MA 02210
Ph: 617-542-1025
Email: msalter@bergmeyer.com

Permit Advisors
8370 Wilshire Blvd., Suite 330
Beverly Hills, CA 90211
Ph: 310-275-7774
Fax: 310-881-1135
Email: christian@permitadvisors.com

Placer Labs
340 S. Lemon Avenue #1277
Walnut, CA 91789
Ph: 415-549-6537
Email: info@placer.ai

UTILITY PROVIDERS:

Ph: 510-516-1494
Email: info@TacticalHaptics.com

Global Facility Management & Construction
525 Broadhollow Road, Suite 100
Melville, NY 11747
Ph: 631-617-6500
Fax: 631-813-2812
Email: Joseph.Autero@gfm247.com
Nick.Spinazzola@gfm247.com

TJ Hale Company, LLC
W139 N9499 Highway 145
Menomonee Falls, WI 53051-1618
Ph: 262-255-5555
Fax: 262-255-5678
Email: info@tjhale.com

STUBLISHER INC., dotdotdash
4784 SE 17th Ave., Suite 143
Portland, OR 97202
Ph: 503-505-3232
Email: kyle@dotdotdash.io

National Energy & Light Inc.
14 Celina Avenue, Suite 0
Nashua, NH 03063
Email: support@nelcompany.com

Linkedin
62228 Collections Center Drive
Chicago, IL 60693-0622
Ph: 650-687-3600
Email: keast@linkedin.com

Granite Telecommunications
100 Newport Ave Ext.
Quincy, MA 02171
Ph: 866-847-5500 / Pat Green
Email: PGreen@granitenet.com

Glassdoor
100 Shoreline Highway
Mill Valley, CA 94941
Ph: 415-944-6967
Email: Jennifer.Lorenzo@glassdoor.com

San Diego Gas & Electric

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| AT&T Corp<br>Agent for Service of Process<br>CT Corporation System<br>208 So LaSalle St., Suite 814<br>Chicago, IL 60604 | Agent for Service of Process<br>The Prentice-Hall Corporation System, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| San Diego Gas & Electric<br>PO Box 25111<br>Santa Ana, Ca 92799-5111<br>Ph: 800-336-7343 | Cox Business<br>Agent for Service of Process<br>Brian Cox<br>490 E. 19th St<br>Costa Mesa, CA 92627 |
| Cox Business<br>PO Box 53214<br>Phoenix, AZ 85072<br>Ph: 619-269-2000 | Comcast Business<br>9602 S. 300 W. Ste B<br>Sandy UT 84070<br>Ph: 800-391-3000 |
| Granite Telecommunications<br>100 Newport Ave Ext<br>Quincy, MA 02171<br>Ph: 866-847-5500<br>Ph: 617-837-4513<br>Email: PGreen@granitenet.com<br>     TOverton@granitenet.com | Sonic Net, LLC<br>2260 Apollo Way<br>Santa Rosa, CA 95407<br>Ph: 877-676-6428<br>Email: enterprise-billing@sonic.net |
| ComEd Customer Care Center<br>Agent for Service of Process<br>Sheila M. Morrison<br>2111 Lake Ave.<br>Wilmette, IL 60091 | ComEd Customer Care Center<br>PO Box 805379<br>Chicago, IL 60680-5379<br>Ph: 877-426-6331 |
| City of Austin<br>City of Austin Utility Customer Service<br>PO Box 2267<br>Austin, TX 78783-2267<br>Ph: 512-494-9400 | Keter Environmental Services, Inc.<br>Agent for Service of Process<br>The Corporation Company<br>4 High Ridge Park, Suite 202<br>Stamford, TC 06905 |
| Kameryn McCollough, Staff Attorney<br>Keter Environmental Services, Inc.<br>4 High Ridge Park<br>Stamford, CT 06905<br>Cell: 303- 386-6351<br>Email: kmccollough@keteres.com | Keter Environmental Services, Inc.<br>PO Box 417468<br>Boston, MA 02241-7468<br>Ph: 602-560-2380<br>Email: sstahl@keteres.com |
| Keter Environmental Services, Inc<br>4 High Ridge Park<br>Suite 202<br>Stamford, CT 06905 | Keter Environmental Services, Inc<br>101 W. Washington Street<br>Suite 1000 East<br>Indianapolis, IN 46204 |
| Keter Environmental Services, Inc<br>4745 N 7th St.<br>Suite 235<br>Phoenix, AZ 85014 | AT & T<br>PO Box 5014<br>Carol Stream, IL 60197-5014<br>Ph: 800-321-2000 |

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

LANDLORDS:

CB-1 Commercial Co LLC
c/o Millennium Partners
1995 Broadway, 3rd Floor
New York, NY 10023
Ph: 212-595-1600
Email: jjeffries@millenniumptrs.com

Attorneys for CB-1 Commercial Co LLC
Michael St. James
St. James Law, P.C.
22 Battery Street, Suite 888
San Francisco, CA. 94111
Michael@stjames-law.com

Pleasanton Business Solutions, Inc.
4695 Chabot Drive, Suite 200
Pleasanton, CA 94588
Ph: 925-558-2700

Amy E. Lehman
Shartsis Friese LLP
One Maritime Plaza Eighteenth Floor
San Francisco, CA 94111
ALehman@sflaw.com

LMG Ventures, LLC
700 S. 72nd Street
Omaha, NE 68114
Ph: 402-392-3270
Email: ryan.blumkin@nfm.com

Mission Valley Shoppingtown LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax 424-204-4350
Email: hubenb@ballardspahr.com

Domain Northside Retail Property LP
575 5th Avenue, 23rd Floor
Attn: Domain Northside
New York, NY 10017
Matt Mitchell, GM
Ph: 512-758-7937
Email: MMitchell@northwoodretail.com

Macerich Cerritos, LLC
239 Los Cerritos Center
Management Office
Cerritos, CA 90703
Ph: 562-860-0341
Email: Hayley.Rable@macerich.com

Attorneys for Macerich Cerritos, LLC
Macerich Cerritos, LLC
c/o Jessica M. Simon and Brian D. Huben
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Ph: 424-204-4349
Email: simonjm@ballardspahr.com
        HubenB@ballardspahr.com

Oakbrook Shopping Center, LLC
c/o Oakbrook Center
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
Ph: 312-960-5000
Email: julie.bowden@brookfieldpropertiesretail.com

Attorneys for Oakbrook Shopping Center, LLC
Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Ph: 415- 837-1515
Email: igold@allenmatkins.com

Yonkers Associates, LLC
600 Superior Ave. E., Ste 1500
Cleveland, OH 44144
Dan Casiero, VP Regional Leasing
Ph: 917-716-7338
Email: D.Casiero@qic.com

Yonkers Associates, LLC
c/o Kevin M. Capuzzi
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Ph: 302.442.7063
Email: kcapuzzi@beneschlaw.com

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

Yonkers Associates, LLC
c/o Krista M. Enns
Benesch, Friedlander, Coplan & Aronoff LLP
One Montgomery Tower
120 Kearny Street, Suite 2700
San Francisco, CA  94104
Ph: 628.600.2243
Email: kenns@beneschlaw.com

Bohannon Development Company
c/o Catherine Schlomann Robertson
Pahl & Mccay
225 West Santa Clara Street, Suite 1500
San Jose, California 95113
Telephone: 408-286-5100
Facsimile: 408- 286-5722
Email: crobertson@pahl-mccay.com

Attorney for HSC Holdings, LLC
Catherine Schlomann Robertson
Pahl & McCay
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
Via Email: crobertson@pahl-mccay.com

West Valley Owner, LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Ph: 424-204-4400
Fax: 424-204-4350
Email: hubenb@ballardspahr.com

CREDIT CARD PROCESSORS:

Square, Inc.
110 5th Street
San Francisco, CA 94103
Ph: 415-281-3976 or 855 700-6000

Stripe, Inc.
510 Townsend St.
San Francisco, CA 94103
Ph: 650 427-9276

CREDITORS:

State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Los Angeles County Tax Collector
225 N Hill St #1,
Los Angeles, CA 90012

AmTrust North America - RSN
800 Superior Avenue E
Cleveland, OH 44114

Atrium LLP
260 Townsend St., Suite 400
San Francisco, CA 94107

Boston Barricade Company, Inc.
1151 19th Street
Vero Beach, FL 32960

ComEd
ComEd Customer Care Center
PO Box 6111
Carol Stream, IL 60197-6111

Dynamite Digital
445 Hampshire Street, Suite A
San Francisco, CA 94110

FeEx
3875 Airways, Module H3
Department 4634
Memphis, TN 38116

Forrest Walker
1201 Broadmoor Drive #140
Austin, TX 78723

Halo Branded Solutions
3182 Momentun Place
Chicago, IL 60689-5331

HireSafe Employment
2228 Longport Ct., suite 130
Elk Grove, CA 95758

Independent Floor Testing
Inspection, Inc. IFTI
1390 Willow Pass Rd., Suite 1010

---

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

Concord, CA 94520

Johnson Controls Fire Protection LP
District #417 6952 Preston Ave., Ste. A
Livermore, CA 94551-9545

Johnson Controls Security Solutions
10405 Crosspoint Blvd.
Indianapolis, IN 46256

Lanard And Associates P.C.
600 W. Germantown Pike Ste 400
Plymouth Meeting, PA 19462

Liner's Security & Patrol
8696 Elk Grove Blvd., #3
Elk Grove, CA 95624

Menemsha Development Group
20521 Earl Street
Torrance, CA 90503

Public Storage
P.O. Box 25050
Glendale, CA 91221-5050

Unit AD026,
333 ONeill Ave
Belmont, CA 94002

San Diego Gas & Electric
711D 1801 S. Atlantic Blvd
Monterey Park, CA 91754

State Permits
319 Elaines Court
Dodgeville, WI 53533

UPS Parcel Delivery Svc Ltd_USD
UPS eFulfillment California
Distribution Center
16270 Jurupa Ave., Suite 200
Fontana, CA 92337

Vicon Motion System Ltd.
3750 S. Robertson Blvd., #100
Culver City, CA 90232

Westfield
2029 Century Park East, 41st Floor
Los Angeles, CA 90067

Window Film Depot
PO Box 744098
Atlanta, GA 30374

Window Film Depot
4939 Lower Roswell Rd., Bldg B
Marietta, GA 30068
Ph: 1-866-933-3456

Halo Branded Solutions
1500 Halo Way
Sterling, IL 61081
Email: client.forms@halo.com

Commonwealth Edison Company
1919 Swift Drive
Oak Brook, IL 60523
Email: ComEdBankruptcyGroup@exeloncorp.com

CDW Direct, LLC
200 N. Milwaukee Avenue
Vernon Hills, IL 60061
Attn: Vida Krug
Email:Vida.krug@cdw.com

Maurice Wutscher LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd.,
Suite 207
Beachwood, OH 44122
Email: ahochheiser@mauricewutscher.com

ASH 2708003v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**