United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-11435-MB |
| Glostation USA, Inc. | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: sbeverC | Page 1 of 4 |
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID        Recipient Name and Address**
40426786    +   Lakeview Construction, Inc., 10505 Corporate Drive, Suite 200, Pleasant Prairie, WI 53158-1605

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Adam A Lewis
    on behalf of Creditor Silicon Valley Bank alewis@mofo.com adam-lewis-3473@ecf.pacerpro.com

Alan Craig Hochheiser
    on behalf of Creditor AmTrust North America Inc. on behalf of Technology Insurance Company, Inc. ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Asa S Hami
    on behalf of Interested Party Courtesy NEF ahami@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami
    on behalf of Debtor Glostation USA Inc. ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Asa S Hami
    on behalf of Plaintiff GLOSTATION USA INC., a Delaware corporation, and Related Debtors and Debtors in Possession

| District/off: 0973-1 | User: sbeverC | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

ahami@sulmeyerlaw.com,
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com

Brian D Huben

on behalf of Creditor The Macerich Company hubenb@ballardspahr.com carolod@ballardspahr.com

Brian D Huben

on behalf of Creditor Mission Valley Shoppingtown LLC hubenb@ballardspahr.com carolod@ballardspahr.com

Brian D Huben

on behalf of Creditor West Valley Owner LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Catherine Schlomann Robertson

on behalf of Creditor Bohannon Development Company crobertson@pahl-mccay.com mle@pahl-mccay.com

Claire K Wu

on behalf of Plaintiff GLOSTATION USA INC., a Delaware corporation, and Related Debtors and Debtors in Possession ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Cerritos LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Glostation Core USA Inc. ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Pop-Up LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Ridge Hill LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Oakbrook LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR San Mateo LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Topanga LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Mission Valley LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Austin LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Glostation USA Inc. ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Debtor Sandbox VR Colony LLC ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Claire K Wu

on behalf of Interested Party Courtesy NEF ckwu@sulmeyerlaw.com
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Daren Brinkman

on behalf of Creditor Committee Committee of Unsecured Creditors office@brinkmanlaw.com
7764052420@filings.docketbird.com

Daren Brinkman

on behalf of Creditor Committee Committee Of Unsecured Creditors office@brinkmanlaw.com
7764052420@filings.docketbird.com

David S Kupetz

on behalf of Debtor Glostation USA Inc. dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz

on behalf of Debtor Sandbox VR Cerritos LLC dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

| District/off: 0973-1 | User: sbeverC | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

David S Kupetz
    on behalf of Debtor Sandbox VR Pop-Up  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Oakbrook  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Topanga  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Mission Valley  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Colony  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Austin  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR Ridge Hill  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Glostation Core USA  Inc. dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Debtor Sandbox VR San Mateo  LLC dkupetz@sulmeyerlaw.com,
    dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

David S Kupetz
    on behalf of Plaintiff GLOSTATION USA  INC., a Delaware corporation, and Related Debtors and Debtors in Possession
    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Debra Riley
    on behalf of Creditor ATEL Growth Capital dba ATEL Ventures driley@allenmatkins.com

Jason D Strabo
    on behalf of Debtor Glostation USA  Inc. jstrabo@mwe.com, cfuraha@mwe.com;rorloff@mwe.com

Jason D Strabo
    on behalf of Creditor TriplePoint Capital LLC jstrabo@mwe.com  cfuraha@mwe.com;rorloff@mwe.com

Krista M Enns
    on behalf of Creditor Yonkers Associates  LLC KEnns@beneschlaw.com, docket@beneschlaw.com

Michael St James
    on behalf of Interested Party CB-1 COMMERCIAL CO LLC  a Delaware limited liability company ecf@stjames-law.com,
    stjames.michaelr101488@notify.bestcase.com

Roger F Friedman
    on behalf of Defendant YONKERS ASSOCIATES  LLC, a New York limited liability company rfriedman@rutan.com

Russell Clementson
    on behalf of U.S. Trustee United States Trustee (SV) russell.clementson@usdoj.gov

Sophia Moraitis
    on behalf of Creditor Lakeview Construction  LLC smoraitis@sma-law.com

Steven Werth
    on behalf of Debtor Sandbox VR Colony  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Austin  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Mission Valley  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Topanga  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Glostation Core USA  Inc. swerth@sulmeyerlaw.com,

| | | |
|---|---|---|
| District/off: 0973-1 | User: sbeverC | Page 4 of 4 |
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Oakbrook  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR San Mateo  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Glostation USA  Inc. swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Attorney SulmeyerKupetz swerth@sulmeyerlaw.com
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Ridge Hill  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Cerritos  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

Steven Werth
    on behalf of Debtor Sandbox VR Pop-Up  LLC swerth@sulmeyerlaw.com,
    cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

William W Huckins
    on behalf of Creditor Oakbrook Shopping Center LLC whuckins@allenmatkins.com
    clynch@allenmatkins.com;mcatapang@allenmatkins.com

TOTAL: 58

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 1:20-bk-11435-MB
Chapter 11

In re: Debtor(s) (including Name and Address)

Glostation USA, Inc.
4695 Chabot Drive, Suite 200
Pleasanton CA 94588

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/02/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. : Lakeview Construction, Inc., 10505 Corporate Drive, Suite 200, Pleasant Prairie, WI 53158 | Oakbrook Shopping Center, LLC<br>c/o Oakbrook Center<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/04/20

Kathleen J. Campbell
**CLERK OF THE COURT**