UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Glostation USA, Inc.<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 1:20-bk-11435-MB<br>Operating Report Number: 4<br>For the Month Ending: 30-Nov-20 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ___568,236.86___

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ___514,222.25___
ACCOUNT REPORTS

3. BEGINNING BALANCE: ___54,014.61___

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | BOOK TRANSFER CREDIT FROM ACCOUNT 3302549840 | 70,000.00 |
| Other (Specify) | BOOK TRANSFER CREDIT FROM ACCOUNT 3303052977 | 15,250.00 |
| Other (Specify) | COBRA from ex-employees | 529.87 |
| Other (Specify) | COBRA from ex-employees | 1,971.92 |
| Other (Specify) | | |
| **Other (Specify) | | |

TOTAL RECEIPTS THIS PERIOD: ___87,751.79___

5. BALANCE: ___141,766.40___

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2) ___-___
Disbursements (from page 2) ___96,993.73___

TOTAL DISBURSEMENTS THIS PERIOD:*** ___96,993.73___

7. ENDING BALANCE: ___44,772.67___

8. General Account Number(s): xxxxxx5632

Depository Name & Location:
Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 11/2/2020 | 159 | | RIPPLING GSUITE_RES 3R4XEOZ4JDQQGNB GLOSTATION USA, INC | | 1,141.60 | 1,141.60 |
| 11/2/2020 | 325 | | RIPPLING BILL GNWPLV3XXWDJ6AE GLOSTATION USA, INC | | 1,384.20 | 1,384.20 |
| 11/3/2020 | 38125 | | SSBTRUSTOPS P/R Contr GLOSTATION USA I | | 1,132.32 | 1,132.32 |
| 11/6/2020 | 42893 | | Guideline Retire GUIDELINE. ST-G3D3D0V0Q8G6 GLOSTATION USA INC | | 96.00 | 96.00 |
| 11/6/2020 | 7627 | | WIRE OUT 201106L1B77D1C000872202031 105022;BNF SULMEYERKUPETZ TRUST ACCOUNT;OBI GLOSTATION | | 18,667.00 | 18,667.00 |
| 11/10/2020 | 68754 | | PLEASANTON BUSIN PURCHASE USA, INC. | | 213.35 | 213.35 |
| 11/10/2020 | 1315 | | MENTOR SECURITIE BUSBILLPAY TRAN#13 Sandbox VR, Inc. | | 15,250.00 | 15,250.00 |
| 11/13/2020 | 8929 | | WIRE OUT 201113L1B77D1C001259202031 806104;BNF SULMEYERKUPETZ TRUST ACCOUNT;OBI GLOSTATION | | 18,667.00 | 18,667.00 |
| 11/16/2020 | 1211 | | CLUTTER INC. BUSBILLPAY TRAN#17 Sandbox VR, Inc. | | 480.00 | 480.00 |
| 11/16/2020 | 84385 | | LIBERTY MUTUAL 202436710 2859702 SANDBOX *VR, INC. A DE | | 1,141.33 | 1,141.33 |
| 11/17/2020 | 30739 | | SSBTRUSTOPS P/R Contr GLOSTATION USA I | | 1,376.93 | 1,376.93 |
| 11/20/2020 | 7245 | | WIRE OUT 201120L1B77D1C000766202032 504819;BNF SULMEYERKUPETZ TRUST ACCOUNT;OBI GLOSTATION | | 18,667.00 | 18,667.00 |
| 11/23/2020 | 61651 | | GALLEROS ROBINSO BILL PMT MACH#265495 Sandbox VR, Inc. | | 110.00 | 110.00 |
| 11/25/2020 | 7277 | | WIRE OUT 201125L1B77D1C000944202033 005057;BNF SULMEYERKUPETZ TRUST ACCOUNT;OBI GLOSTATION | | 18,667.00 | 18,667.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 96,993.73 | $96,993.73 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____11/30/2020_____    Balance on Statement: _____$44,772.67

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                           0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                           0.00

Bank statement Adjustments:                      _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                           $44,772.67

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# I. CASH RECEIPTS AND DISBURSEMENTS

## B. (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | | 100,000.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | | 95,355.69 |
| 3. BEGINNING BALANCE: | | 4,644.31 |
| 4. RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | | 180,000.00 |
| 5. BALANCE: | | 184,644.31 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | | 158,601.13 |
| 7. ENDING BALANCE: | | 26,043.18 |

8. PAYROLL Account Number(s):    ***5647

Depository Name & Location:    Silicon Valley Bank
3003 Tasman Drive
Santa Clara, 95054

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/2/2020 | 66930 | | APIntego ACHTRANS 68695872 Glostation USA, Inc | 333.09 |
| 11/5/2020 | 32 | | RIPPLING TAXWITHDRA KVRA5BDPODZZMXK SANDBOX VR INC | 275.28 |
| 11/9/2020 | 56115 | | APIntego ACHTRANS 69058146 Glostation USA, Inc | 37.31 |
| 11/10/2020 | 9E+06 | | BOOK TRANSFER DEBIT TO ACCOUNT 3302978087 | 100,000.00 |
| 11/10/2020 | 280 | | RIPPLING TAXWITHDRA RKO4DK11DANNKOR SANDBOX VR INC | 10,210.79 |
| 11/10/2020 | 175 | | RIPPLING PAYROLL 28ZE58PKPGWA3W4 SANDBOX VR INC | 23,731.56 |
| 11/16/2020 | 86874 | | APIntego ACHTRANS 69358404 Glostation USA, Inc | 224.01 |
| 11/24/2020 | 262 | | RIPPLING TAXWITHDRA KBW8B5BRNXBX1WR SANDBOX VR INC | 6,414.31 |
| 11/24/2020 | 483 | | RIPPLING PAYROLL GRVBEXOAJVZAOOG SANDBOX VR INC | 17,168.15 |
| 11/30/2020 | 100966 | | APIntego ACHTRANS 70001358 Glostation USA, Inc | 206.63 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 158,601.13 |

PAYROLL ACCOUNT

## BANK RECONCILIATION

Bank statement Date:    __11/30/2020__    Balance on Statement:    __$26,043.18__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $26,043.18 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# I. CASH RECEIPTS AND DISBURSEMENTS
## C. (TAX ACCOUNT)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | 0.00 |
| 3. BEGINNING BALANCE: | 0 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | |
| 5. BALANCE: | 0.00 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. ENDING BALANCE: | 0.00 |

8. TAX Account Number(s):       ***5651

Depository Name & Location:       Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___11/30/2020___   Balance on Statement: ___$0.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                              | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

┌─────────────────────────────────────────────────────────────┐
│                                                             │
└─────────────────────────────────────────────────────────────┘

ADJUSTED BANK BALANCE:                                 | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 44,772.67 |
| Payroll Account: | 26,043.18 |
| Tax Account: | 0.00 |

*Other Accounts:

*Other Monies:

|  |  |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**   70,815.85

### Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**TOTAL PETTY CASH TRANSACTIONS:**   0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 59,573.96 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 59,573.96 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Alive Risk | 2,000,000.00 | 5/25/2021 | **11/30/2020 |
| Worker's Compensation | AmTrust | 1,000,000.00 | 5/1/2021 | ***pay as you go |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2020 | ****$15,175.82 | 650.00 | 19-Oct-2020 | 650.00 | 0.00 |
| 30-Sep-2020 | *****$332,686.75 | 5,525.00 | 19-Oct-2020 | 5,525.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,175.00 |  | 6,175.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

**premium paid monthly from Core or USA account

*** paid every payroll

****quarterly fee for Sandbox VR Mission, LLC for 3rd quarter 2020

*****quarterly fees for:

| Debtor | Quarter Total | | Fee |
|---|---|---|---|
| Glostation USA | $ | 205,311.48 | $ 1,625.00 |
| Glostation Core | $ | - | $ 325.00 |
| Sandbox Austin | $ | - | $ 325.00 |
| Sandbox Cerritos | $ | - | $ 325.00 |
| Sandbox Colony | $ | - | $ 325.00 |
| Sandbox Pop-Up | $ | 21,150.99 | $ 650.00 |
| Sandbox Oakbrook | $ | 103,319.06 | $ 975.00 |
| Sandbox Ridge Hill | $ | - | $ 325.00 |
| Sandbox San Mateo | $ | 2,425.21 | $ 325.00 |
| Sandbox Topanga | $ | 480.01 | $ 325.00 |
|  | $ | 332,686.75 | $ 5,525.00 |

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month 30-Nov-20 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | 0.00 |
| | | 0.00 |
| **Gross Profit** | | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | 41,858.29 | 190,000.81 |
| Payroll Taxes | 15,856.23 | 73,513.65 |
| Tax (Refund) | | (516.41) |
| Depreciation and Amortization | 615.00 | 615.00 |
| Rent Expense - Real Property | | 0.00 |
| Lease Expense - Personal Property | | 0.00 |
| Health/benefits Insurance | 8,971.76 | 42,215.91 |
| Real Property Taxes | | 0.00 |
| Telephone and Utilities | 965.00 | 3,621.44 |
| Research and Development | | 141.94 |
| Travel and Entertainment (Itemize) | | 0.00 |
| Recruitment | 235.25 | 235.25 |
| Contractors/consulting | 86,632.08 | 582,715.84 |
| Non-Captal (expensed) equipment | | 5,479.52 |
| Office Supplies | 1,254.19 | 11,572.43 |
| T&D | 225.36 | 6,345.67 |
| Bank Charges | 110.00 | 110.00 |
| Dues and Subscriptions | 625.00 | 1,634.00 |
| Audit Fee | 4,397.00 | 4,397.00 |
| Software Expense | 4,229.45 | 14,160.28 |
| Courier and Freight | (618.38) | 3,769.43 |
| Total Operating Expenses | 165,356.23 | 940,011.76 |
| | | 0.00 |
| Net Gain/(Loss) from Operations | (165,356.23) | (940,011.76) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Unrealized FX gain (loss) | 812.50 | 1,652.42 |
| Total Non-Operating income | 812.50 | 1,652.42 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | (16,572.00) | (899.55) |
| Legal and Professional (Itemize) | | 0.00 |
| Other (Itemize) | | 0.00 |
| Total Non-Operating Expenses | | 15,672.45 |
| | | 0.00 |
| **NET INCOME/(LOSS)** | (164,543.73) | (954,031.79) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 70,815.85 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | 475,150.00 | |
| Notes Receivable | | |
| Prepaid Expenses | 84,668.00 | |
| Intercompany AR | 10,578,147.12 | |
| Total Current Assets | | 11,208,780.97 |
| | | |
| Property, Plant, and Equipment | 88,797.53 | |
| Accumulated Depreciation/Depletion | (1,900.65) | |
| Net Property, Plant, and Equipment | | 86,896.88 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Deposits | 2,792.50 | |
| Total Other Assets | | 2,792.50 |
| TOTAL ASSETS | | 11,298,470.35 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 59,573.96 | |
| Taxes Payable | | |
| Notes Payable- ATEL debt | 1,464,850.45 | |
| Professional fees | | |
| Secured Debt | | |
| Company Credit Card (intercompany AP) | (25,255.34) | |
| Payroll Accrual | 14,149.48 | |
| Intercompany AP | 18,303,229.36 | |
| Total Post-petition Liabilities | | 19,816,547.91 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Accounts Payable | 197,888.32 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 197,888.32 |
| TOTAL LIABILITIES | | 20,014,436.23 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity-Retained Earnings | (5,613,185.17) | |
| Post-petition Profit/(Loss) | (3,102,780.71) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (8,715,965.88) |
| TOTAL LIABILITIES & EQUITY | | 11,298,470.35 |

| | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

| | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
The Debtors' first amended joint plan of reorganization was confirmed by order entered November 27, 2020

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,   Steven Zhao
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Dated: December 15, 2020

_Steven Zhao_ (signature)
Steven Zhao, President and CEO



## SiliconValleyBank

**3003 Tasman Drive**
**Santa Clara, CA  95054**

### *November 2020*

*Reporting Activity 11/01 - 11/30*              *Page 1 of 4*

**ADDRESS SERVICE REQUESTED**

>002920 5478299 0001 092196 10Z
GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION
4695 CHABOT DR, 200
PLEASANTON CA 94588

### *Managing Your Accounts*

| | | |
|---|---|---|
| 📞 | **Phone:** | (408) 654-4636 |
| 📠 | **Toll-Free:** | (800) 774-7390 |
| ✉ | **Email:** | clientservice@svb.com |
| 💻 | **Online:** | www.svb.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5632 | $44,772.67 |
| **Total Balance** | | **$44,772.67** |

# Analysis Checking - XXXXXX5632

### Account Summary

| Date | Description | |
|---|---|---|
| 11/01/2020 | **Beginning Balance** | $54,014.61 |
| 11/30/2020 | **Ending Balance** | $44,772.67 |
| | Total debits this period | $96,993.73 |
| | Total credits this period | $87,751.79 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2020 | Beginning Balance | | | $54,014.61 |
| 11/02/2020 | RIPPLING GSUITE_RES 3R4XEOZ4JDQQGNB GLOSTATION USA, INC | -$1,141.60 | $0.00 | $52,873.01 |
| 11/02/2020 | RIPPLING BILL GNWPLV3XXWDJ6AE GLOSTATION USA, INC | -$1,384.20 | $0.00 | $51,488.81 |
| 11/03/2020 | SSBTRUSTOPS P/R Contr GLOSTATION USA I | -$1,132.32 | $0.00 | $50,356.49 |
| 11/06/2020 | Guideline Retire GUIDELINE. ST-G3D3D0V0Q8G6 GLOSTATION USA INC | -$96.00 | $0.00 | $50,260.49 |

**Member FDIC**   🏠 EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?   ☐ Verified additions and sub-tractions in your checkbook?   ☐ Compared canceled checks to check stub?   ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020



**SiliconValleyBank**

## *November 2020*

**Reporting Activity 11/01 - 11/30**    Page 3 of 4

## Analysis Checking - XXXXXX5632 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/06/2020 | WIRE OUT 201106L1B77D1C000872 202031105022;BNF SULMEYERKUPET Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $31,593.49 |
| 11/10/2020 | BOOK TRANSFER CREDIT FROM ACCOUNT⬛52977 | $0.00 | $70,000.00 | $101,593.49 |
| 11/10/2020 | PLEASANTON BUSIN PURCHASE USA, INC. | -$213.35 | $0.00 | $101,380.14 |
| 11/10/2020 | MENTOR SECURITIE BUSBILLPAY TRAN#13 Sandbox VR, Inc. | -$15,250.00 | $0.00 | $86,130.14 |
| 11/12/2020 | BOOK TRANSFER CREDIT FROM ACCOUNT⬛1790 | $0.00 | $15,250.00 | $101,380.14 |
| 11/13/2020 | WIRE OUT 201113L1B77D1C001259 202031806104;BNF SULMEYERKUPET Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $82,713.14 |
| 11/16/2020 | CLUTTER INC. BUSBILLPAY TRAN#17 Sandbox VR, Inc. | -$480.00 | $0.00 | $82,233.14 |
| 11/16/2020 | LIBERTY MUTUAL 202436710 2859702 SANDBOX *VR, INC. A DE | -$1,141.33 | $0.00 | $81,091.81 |
| 11/17/2020 | SSBTRUSTOPS P/R Contr GLOSTATION USA I | -$1,376.93 | $0.00 | $79,714.88 |
| 11/19/2020 | RIPPLING COBRA JXGZJGN9MR8PL2B SANDBOX VR, INC | $0.00 | $529.87 | $80,244.75 |
| 11/19/2020 | RIPPLING COBRA EMKJK72RRWK37DZ SANDBOX VR, INC | $0.00 | $1,971.92 | $82,216.67 |
| 11/20/2020 | WIRE OUT 201120L1B77D1C000766 202032504819;BNF SULMEYERKUPET Z TRUST ACCOUNT;OBI GLOSTATION | -$18,667.00 | $0.00 | $63,549.67 |
| 11/23/2020 | GALLEROS ROBINSO BILL PMT MACH#265495 Sandbox VR, Inc. | -$110.00 | $0.00 | $63,439.67 |



**November 2020**

*Reporting Activity 11/01 - 11/30*                           *Page 4 of 4*

## Analysis Checking - XXXXXX5632 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/25/2020 | WIRE OUT 201125L1B77D1C000944 | -$18,667.00 | $0.00 | $44,772.67 |
| | 202033005057;BNF SULMEYERKUPET | | | |
| | Z TRUST ACCOUNT;OBI GLOSTATION | | | |
| 11/30/2020 | Ending Balance | | | $44,772.67 |

**svb** >

### Silicon Valley Bank

**3003 Tasman Drive**
**Santa Clara, CA 95054**

**November 2020**

| | |
|---|---|
| Reporting Activity 11/01 - 11/30 | Page 1 of 4 |

**ADDRESS SERVICE REQUESTED**

>002919 5478299 0001 092196 10Z

GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION PAYROLL
4695 CHABOT DR, 200
PLEASANTON CA 94588

## Managing Your Accounts

| | | |
|---|---|---|
| Phone: | | (408) 654-4636 |
| Toll-Free: | | (800) 774-7390 |
| Email: | | clientservice@svb.com |
| Online: | | www.svb.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5647 | $26,043.18 |
| **Total Balance** | | **$26,043.18** |

## Analysis Checking - XXXXXX5647

### Account Summary

| Date | Description | |
|---|---|---|
| 11/01/2020 | Beginning Balance | $4,644.31 |
| 11/30/2020 | Ending Balance | $26,043.18 |
| | Total debits this period | $158,601.13 |
| | Total credits this period | $180,000.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2020 | Beginning Balance | | | $4,644.31 |
| 11/02/2020 | APIntego ACHTRANS<br>68695872<br>Glostation USA, Inc | -$333.09 | $0.00 | $4,311.22 |
| 11/05/2020 | RIPPLING TAXWITHDRA<br>KVRA5BDPODZZMXK<br>SANDBOX VR INC | -$275.28 | $0.00 | $4,035.94 |
| 11/09/2020 | APIntego ACHTRANS<br>69058146<br>Glostation USA, Inc | -$37.31 | $0.00 | $3,998.63 |
| 11/10/2020 | BOOK TRANSFER CREDIT<br>FROM ACCOUNT ▇▇8087 | $0.00 | $100,000.00 | $103,998.63 |
| 11/10/2020 | BOOK TRANSFER DEBIT<br>TO ACCOUNT ▇▇8087 | -$100,000.00 | $0.00 | $3,998.63 |

**Member**
**FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | | | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)
Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS
You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT
We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020

**svb** >

**SiliconValley Bank**

## *November 2020*

*Reporting Activity 11/01 - 11/30*                    Page 3 of 4

## Analysis Checking - XXXXXX5647 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/10/2020 | BOOK TRANSFER CREDIT FROM ACCOUNT ████2962 | $0.00 | $40,000.00 | $43,998.63 |
| 11/10/2020 | RIPPLING TAXWITHDRA RKO4DK11DANNKOR SANDBOX VR INC | -$10,210.79 | $0.00 | $33,787.84 |
| 11/10/2020 | RIPPLING PAYROLL 28ZE58PKPGWA3W4 SANDBOX VR INC | -$23,731.56 | $0.00 | $10,056.28 |
| 11/16/2020 | APIntego ACHTRANS 69358404 Glostation USA, Inc | -$224.01 | $0.00 | $9,832.27 |
| 11/24/2020 | BOOK TRANSFER CREDIT FROM ACCOUNT ████5628 | $0.00 | $40,000.00 | $49,832.27 |
| 11/24/2020 | RIPPLING TAXWITHDRA KBW8B5BRNXBX1WR SANDBOX VR INC | -$6,414.31 | $0.00 | $43,417.96 |
| 11/24/2020 | RIPPLING PAYROLL GRVBEXOAJVZAOOG SANDBOX VR INC | -$17,168.15 | $0.00 | $26,249.81 |
| 11/30/2020 | APIntego ACHTRANS 70001358 Glostation USA, Inc | -$206.63 | $0.00 | $26,043.18 |
| 11/30/2020 | Ending Balance | | | $26,043.18 |

svb ⟩

## Silicon Valley Bank

### *November 2020*

*Reporting Activity 11/01 - 11/30*            **Page 4 of 4**

THIS PAGE LEFT INTENTIONALLY BLANK



## Silicon Valley Bank

**3003 Tasman Drive
Santa Clara, CA  95054**

**ADDRESS SERVICE REQUESTED**

>051350 5478299 0001 092196 10Z
GLOSTATION USA, INC.
DEBTOR-IN-POSSESSION TAX
4695 CHABOT DR, 200
PLEASANTON CA 94588

# *November 2020*

*Reporting Activity 11/01 - 11/30*          *Page 1 of 2*

## *Managing Your Accounts*

 **Phone:**      (408) 654-4636

**Toll-Free:**   (800) 774-7390

**Email:**     clientservice@svb.com

**Online:**    www.svb.com

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX5651 | $0.00 |
| **Total Balance** | | **$0.00** |

## Analysis Checking - XXXXXX5651

### Account Summary

| Date | Description | |
|---|---|---|
| **11/01/2020** | **Beginning Balance** | $0.00 |
| **11/30/2020** | **Ending Balance** | $0.00 |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2020 | Beginning Balance | | | $0.00 |
| | No activity this statement period | | | |
| 11/30/2020 | Ending Balance | | | $0.00 |

**Member FDIC**

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

51350 5478299 10851 043121 0003/0003

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | | $ | |
| | | | | | | ADD | | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | | |
| | | | | | | | | $ | |
| | | | | | | SUBTOTAL | | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US. ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS. As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable. You can call (800) 774-7390 to request an item or substitute check, or a legible copy. We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

---

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

---

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately. Your deposit agreement sets specific times within which you must report unauthorized use or errors to us. In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer. If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us. Your statement is deemed "available" when made available in paper or electronic form. Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

---

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

©2020 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 04/06/2020