1  David S. Kupetz (CA Bar No. 125062)
     dkupetz@sulmeyerlaw.com
2  Asa S. Hami (CA Bar No. 210728)
     ahami@sulmeyerlaw.com
3  Claire K. Wu (CA Bar No. 295966)
     ckwu@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Grand Ave, Suite 3400
   Los Angeles, California 90071
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520



7

8  Attorneys for Glostation USA, Inc. and related debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:20-bk-11435-MB |
|---|---|
| GLOSTATION USA, INC., a Delaware corporation, and related debtors,<br><br>Debtors.<br><br>Federal EIN: 37-1875688 | Chapter 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING ASSUMPTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH MACERICH CERRITOS, LLC (CERRITOS LEASE), AS MODIFIED**<br><br>[Relates to Dkt. No. 274] |

CKW 2708262v1

The Court, having considered the "Debtors' Notice of Motion and Motion for Order Approving Assumption of Unexpired Lease of Nonresidential Real Property with Macerich Cerritos, LLC (Cerritos Lease), as Modified" [Dkt. No. 274] (the "Motion"), filed by Glostation USA, Inc., and its related debtors and debtors in possession in the above-captioned, jointly-administered chapter 11 cases (collectively, the "Debtors"); the "Declaration That No Party Requested a Hearing on Motion [LBR 9013-1(o)]"; and after finding that no creditor or party in interest timely filed an opposition or request for hearing; and that notice of the Motion was timely and properly served on all necessary parties; and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to assume the Cerritos Lease (as defined in the Motion), as modified by the "First Amendment of Lease Agreement (Rent Reduction)" (the "Amendment"), and to comply with all requirements of the Amendment.

###

Date: December 16, 2020

Martin R Barash
United States Bankruptcy Judge

CKW 2708262v1