| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David S. Kupetz (CA Bar No. 125062)<br>  dkupetz@sulmeyerlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br>  ahami@sulmeyerlaw.com<br>Claire K. Wu (CA Bar No. 295966)<br>  ckwu@sulmeyerlaw.com<br>SulmeyerKupetz<br>A Professional Corporation<br>333 South Grand Ave, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☒ *Attorney for:* Reorganized Debtors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 09 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gasparia **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>GLOSTATION USA, INC., a Delaware corporation, and related debtors,<br><br>Federal EIN: 37-1875688<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:20-bk-11435-MB<br><br>CHAPTER: 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><br>DATE: January 19, 2021<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

1.   Name of Applicant (*specify*): **Sulmeyer**Kupetz, A Professional Corporation

2.   This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3.   Appearances were made as follows:  Court waived appearances.

    a.  ☐ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☐ Attorney for United States trustee present in court
    d.  ☐ Other persons present as reflected in the court record

4.   Applicant gave the required notice of the Application on (*specify date*): 12/29/2020

CKW 2708962v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. The court orders as follows:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ $472,027.50

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 8,717.05

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* The Reorganized Debtors are authorized and, to the extent unpaid, directed, to pay to Applicant, on a final basis, the total sum of $401,223.37 in fees and $8,717.05 in expenses, for services rendered and expenses incurred during the Fee Period (as that term is defined in the Application).

Date: February 9, 2021

*(signed)* Martin R. Barash
Martin R Barash
United States Bankruptcy Judge

CKW 2708962v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**