1  David S. Kupetz (CA Bar No. 125062)
     dkupetz@sulmeyerlaw.com
2  Asa S. Hami (CA Bar No. 210728)
     ahami@sulmeyerlaw.com
3  Claire K. Wu (CA Bar No. 295966)
     ckwu@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Grand Ave, Suite 3400
   Los Angeles, California 90071
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520

Attorneys for Reorganized Debtors



FILED & ENTERED

FEB 11 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>GLOSTATION USA, INC., a Delaware corporation, and related debtors,<br><br>Debtors.<br><br>Federal EIN:  37-1875688 | Case No. 1:20-bk-11435-MB<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB)<br><br>**ORDER DENYING "APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF DUNDON ADVISORS LLC AS FINANCIAL ADVISOR NUNC PRO TUNC TO OCTOBER 2, 2020"**<br><br>[Relates to Dkt. No. 314]<br><br><u>Hearing</u> *Via ZoomGov*<br><br>Date:  February 3, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 303<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA  91367 |

ASH 2709490v1

The hearing on the *Application of Official Committee of Unsecured Creditors For an Order Pursuant to 11 U.S.C. §§ 328 And 1103, Fed. R. Bankr. P. 2014, And Local Rule 2014-1, Authorizing And Approving The Employment And Retention of Dundon Advisors LLC as Financial Advisor Nunc Pro Tunc to October 2, 2020* [Dkt. No. 314] (the "Application") came on for hearing on regular notice on February 3, 2021, at 1:30 p.m., before the Honorable Martin A̶. R. Barash, United States Bankruptcy Judge. Appearances were as stated on the record of the hearing.

This Court having considered the Application, the respective oppositions to the Application filed by the above-captioned reorganized debtors and the United States Trustee, all papers submitted in support of or in connection with the Application, the record in these cases, and the arguments, statements, and representations of counsel on the record at the hearing, for the reasons set forth on the record at the hearing, it is hereby **ORDERED** that the Application is **DENIED**.

# # #

Date: February 11, 2021

*/s/ Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

ASH 2709490v1    1