

**FILED & ENTERED**

**FEB 11 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gasparia    DEPUTY CLERK**

1   David S. Kupetz (CA Bar No. 125062)
      dkupetz@sulmeyerlaw.com
2   Asa S. Hami (CA Bar No. 210728)
      ahami@sulmeyerlaw.com
3   Claire K. Wu (CA Bar No. 295966)
      ckwu@sulmeyerlaw.com
4   **Sulmeyer**Kupetz
    A Professional Corporation
5   333 South Grand Ave, Suite 3400
    Los Angeles, California 90071
6   Telephone: 213.626.2311
    Facsimile: 213.629.4520

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:20-bk-11435-MB |
| GLOSTATION USA, INC., a Delaware corporation, and related debtors, | Chapter 11 |
| Debtors. | (Jointly Administered with Case Nos. 1:20-bk-11436-MB; 1:20-bk-11437-MB; 1:20-bk-11438-MB; 1:20-bk-11439-MB; 1:20-bk-11434-MB; 1:20-bk-11440-MB; 1:20-bk-11441-MB; 1:20-bk-11442-MB; 1:20-bk-11443-MB; 1:20-bk-11444-MB) |
| Federal EIN:  37-1875688 | **ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASES** |
| | [Relates to Dkt. No. 334] |
| | Hearing *Via ZoomGov* |
| | Date:  February 3, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 303<br>     21041 Burbank Blvd.<br>     Woodland Hills, CA  91367 |

ASH 2709488v1

The hearing on the *Motion For Entry of Final Decree And Order Closing Cases* [Dkt. No. 334] (the "Motion"), filed by Glostation USA, Inc., and its related reorganized debtors in the above-captioned, jointly-administered cases, came on for hearing on regular notice on February 3, 2021, at 1:30 p.m., before the Honorable Martin A. R. Barash, United States Bankruptcy Judge. Appearances were as stated on the record of the hearing.

This Court having considered the Motion, all papers submitted in support of or in connection with the Motion, the record in these cases and any related adversary proceeding, and the arguments, statements, and representations of counsel on the record at the hearing; notice of the Motion having been timely filed and served on all necessary parties; no opposition or other response to the Motion having been filed or raised at the hearing on the Motion; and good cause appearing, it is hereby **ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  This Order shall constitute a final decree in the above-captioned, jointly administered bankruptcy cases, and such cases are hereby closed, with the Court retaining limited jurisdiction to issue its ruling on, and otherwise dispose of, the *First And Final Application of Brinkman Law Group, PC For Compensation And Reimbursement of Expenses* [Dkt. No. 322].

### #

Date: February 11, 2021

_____
Martin R Barash
United States Bankruptcy Judge

ASH 2709488v1

1